UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; | § § § § | |
| CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, | § § § § § § § § § § | |
| CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, | § § § § | |
| PLAINTIFFS | § § § § § | |
| v. | § § § | CIVIL ACTION NO. 3:13-cv-00217 |
| BRAD LIVINGSTON, individually and in his official capacity, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH | § § § § § § § | |
| DEFENDANTS | § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiffs file this Certificate of Interested Parties, and would show the Court the following:

The only person, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities financially interested in the outcome of this litigation are:

1.      Plaintiffs:

      a.      Ashley Adams, individually and as the representative of the Estate of
          Rodney Gerald Adams;
          Wanda Adams, individually;

      b.      Carlette Hunter James, individually and as the representative of the Estate
          of Kenneth Wayne James;
          Kristy James;
          Krystal James;
          Kendrick James;
          Arlett James;
          Jonathan James;
          Kenneth Evans, individually and as heirs-at-law to the Estate of
          Kenneth Wayne James; and
          Mary Lou James, individually;
      c.      Cade Hudson, individually and as the representative of the Estate of
          Douglas Hudson

2.      Plaintiffs' counsel:

Jeff Edwards
Edwards Law
1101 East 11th Street
Austin, Texas 78702

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741

3.      Defendants:

      a.      Brad Livingston
          861-B, IH-45 North, Huntsville, Texas 77320

      b.      Rick Thaler
          861-B, IH-45 North, Huntsville, TX 77320

      c.      William Stephens
          861-B, IH-45 North, Huntsville, TX 77320

d.      Robert Eason
        861-B, IH-45 North, Huntsville, TX 77320

e.      Dennis Miller
        861-B, IH-45 North, Huntsville, TX 77320

f.      Texas Department of Criminal Justice
        861-B, IH-45 North, Huntsville, TX 77320

g.      University of Texas Medical Branch
        301 University Blvd., Suite 6.100, Administration Building, Galveston,
        TX 77555


                                    Respectfully submitted,

                                    The Edwards Law Firm
                                    The Haehnel Building
                                    1101 East 11th Street
                                    Austin, TX 78702
                                    Tel.    512-623-7727
                                    Fax.    512-623-7729
                               By: /s/ Jeff Edwards
                                    JEFF EDWARDS
                                    State Bar No. 24014406
                                    Lead Counsel


                                    TEXAS CIVIL RIGHTS PROJECT
                                    1405 Montopolis Drive
                                    Austin, TX 78741
                                    Tel.    512-474-5073
                                    Fax.    512-474-0726

                                    **ATTORNEYS FOR PLAINTIFFS**