UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; | § § § § § | |
| CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, | § § § § § § § § § § | |
| CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, | § § § § | |
| PLAINTIFFS | § § | CIVIL ACTION NO. 3:13-cv-217 JURY DEMANDED |
| v. | § § | |
| BRAD LIVINGSTON, individually and in his official capacity, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH | § § § § § § § § | |
| DEFENDANTS | § § | |

**DEFENDANT UTMB'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

  Comes now Defendant, The University of Texas Medical Branch, by and through its attorney of record, the Attorney General of the State of Texas, and files this Certificate of Interested Parties.

1

The University of Texas Medical Branch - Correctional Managed Care
The University of Texas System
c/o Office of the Attorney General
300 West 15th Street
Austin, Texas 78701

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    DANIEL T. HODGE
    First Assistant Attorney General

    DAVID C. MATTAX
    Deputy Attorney General for Defense Litigation

    KAREN D. MATLOCK
    Assistant Attorney General
    Chief, Law Enforcement Defense Division

    /s/KIM COOGAN
    KIM COOGAN
    Assistant Attorney General
    State Bar No. 00783867
    P. O. Box 12548, Capitol Station
    Austin, Texas  78711
    (512) 463-2080/Fax (512) 495-9139

    **ATTORNEYS FOR DEFENDANT**
    **UNIVERSITY OF TEXAS MEDICAL BRANCH**

## NOTICE OF ELECTRONIC FILING

I, KIM COOGAN, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendant UTMB's Certificate of Interested Parties** to the Court, on July 23, 2013 in the Southern District of Texas, Galveston Division.

    /s/ KIM COOGAN
    **KIM COOGAN**
    Assistant Attorney General

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendant UTMB's Certificate of Interested Parties** has been served by placing same in the United States Mail on this the 23rd day of July, 2013, addressed to:

Jeff Edwards  
The Edwards Law Firm  
706 Guadalupe  
Austin, Texas  78701

/s/KIM COOGAN  
**KIM COOGAN**  
Assistant Attorney General