## Rodney Adams Witness List

**TDCJ and UTMB Employees**
**For all inactive employees the city of their last known address has been listed instead of the Unit Address

1. Defendant Robert Eason
   Palestine, TX

2. Sr. Warden Reginald Goings
   Gurney Unit
   Palestine, TX

3. Damian Clark, COV
   Gurney Unit
   Palestine, TX

4. Staycee Gibson, COIII
   Gurney Unit
   Palestine, TX

5. Thelma Rodriguez, COV
   Gurney Unit
   Palestine, TX

6. Billy McClaine, COV
   Gurney Unit
   Palestine, TX

7. James Brugess, COV
   Gurney Unit
   Palestine, TX

8. Barbara Brooke, COV–Former Employee
   Buffalo, TX

9. Tony Roy, COV
   Gurney Unit
   Palestine, TX

10. Billy Conway, COV
    Gurney Unit
    Palestine, TX

11. Pamela Wickware, COV
    Gurney Unit
    Palestine, TX

12. Sgt Michael Herrington, COV
    Gurney Unit
    Palestine, TX

13. Lt Terry Bagley
    Gurney Unit
    Palestine, TX

14. Lt. Vonde K Dawkins
    Gurney Unit
    Buffalo, TX

15. Captain Mike Graham–Former Employee
    Copperas Cove, TX

16. Dorena Jones
    Gurney Unit
    Palestine, TX

17. Chaplin Taylor Thomas
    Gurney Unit
    Palestine, TX

18. LVN Cynthia Wilbanks
    Gurney Unit
    Palestine, TX

19. LVN Pamela Graves
    Gurney Unit
    Palestine, TX

To the best of our knowledge the following people still live in the Palestine/ Tyler area:

**East Texas Medical Center Employees**
20. Dr. Lisa M. Dix-Emperador
21. Dr. Marino
22. William Chance Conner

**Palestine Regional Medical Center Employees**
23. Paul Urban Toote

**Rep of Carnes Funeral Home**
24. Kevin Coles

**Wise County Sherriff's Office**
25. Sgt Lance Larson
26. Ofc Basham

27. Darrion Garnder TDCJ #1795982
    Robertson Unit
    Abilene, TX

As of now we are not able to locate the following people but it is assumed that they still reside in the Tyler/ Palestine area.

28. Steve McGee
29. Sgt. Michael Black
30. Lt. Shane Crutcher
31. Captain Manning
32. Teresa Alford
33. Jody Pritchard
34. Mark Owens
35. Buddy Fletcher

## Kenneth Wayne James Witness List

**TDCJ and UTMB Employees**
\*\*For all inactive employees the city of their last known address has been listed instead of the Unit Address

1. Defendant Warden Dennis Miller–Former Employee
   Point Blank, TX

2. Glorie Harris
   Gurney Unit
   Palestine, TX

3. Kenneth Mangan, COV–Former Employee
   Athens, TX

4. Torrence Stephens, CO
   Gurney Unit
   Palestine, TX

5. Sgt. Tully Flowers
   Gurney Unit
   Palestine, TX

6. Vincent McKnight, CO
   Gurney Unit
   Palestine, TX

7. Debra Gilmore, COIV
   Gurney Unit
   Palestine, TX

8. Ronald Burt, CO–Former Employee
   Athens, TX

9. Sarah Raines
   Gurney Unit
   Palestine, TX

10. Doris Edwards, CO–Former Employee
    Palestine, TX

11. Revoyda Dodd, COV
    Gurney Unit
    Palestine, TX

12. Sgt Matthew Seda–Former Employee
    Brownsboro, TX

13. Robert Leonard, CO
    Gurney Unit
    Palestine, TX

14. Brandon Matthews, CO
    Gurney Unit
    Palestine, TX

15. Deborah Schulle–Former Employee
    Athens, TX

16. Brenda Renner
    Gurney Unit
    Brookeland, TX

17. Chaplin Taylor Thomas
    Gurney Unit
    Palestine, TX

18. Robert Tatum, CO
    Gurney Unit
    Palestine, TX

19. John Crawford, CO
    Gurney Unit
    Palestine, TX

20. Joshua Milton, COV–Former Employee
    Willis Point, TX

21. Captain Michael Lumpkins
    Gurney Unit
    Palestine, TX

22. Ricky Minton
    Gurney Unit
    Palestine, TX

23. Assistant Warden Jesse Wicks
    Gurney Unit
    Palestine, TX

As of now we are not able to locate the following people but it is assumed that they still reside in the Tyler/ Palestine area.

24. Lt. Toby Whitfield
25. Jerry Rayford, Major

### Douglas Hudson Witness List

**TDCJ and UTMB Employees**
**\*\*For all inactive employees the city of their last known address has been listed instead of the Unit Address

1. Defendant Warden Dennis Miller–Former Employee
   Point Blank, TX

2. Terry Walling, COV–Former Employee
   Palestine, TX

3. Kevin Warren, COV–Former Employee
   Elkhart, TX

4. Tom Griffin, COV
   Gurney Unit
   Palestine, TX

5. Debora Anding, COV
   Gurney Unit
   Palestine, TX

6. Celeste Salas, COV
   Gurney Unit
   Palestine, TX

7. Lt. Ronald Johnson
   Gurney Unit
   Palestine, TX

8. Ricky Minton
   Gurney Unit
   Palestine, TX

9. Tony Roy, COV
   Gurney Unit
   Palestine, TX

10. Monica Lang, COIII
    Gurney Unit
    Palestine, TX

11. Richard Robertson, COV
    Gurney Unit
    Palestine, TX

12. Theresa Robertson, COV
    Gurney Unit
    Palestine, TX

13. Lt Terry Bagley
    Gurney Unit
    Palestine, TX

14. David Dixon, COV
    Gurney Unit
    Palestine, TX

15. Captain Mike Graham–Former Employee
    Copperas Cove, TX

16. Glenda Dixon, COV–Former Employee
    Frankston, TX

17. Chaplin Taylor Thomas
    Gurney Unit
    Palestine, TX

18. Captain Michael Lumpkins
    Gurney Unit
    Palestine, TX

19. Donald Shiftlet, COV–Former Employee
    Palestine, TX

20. Ronald Corson, COV–Former Employee
    Palestine, TX

21. Gary W. Missildine–Former Employee
    Palestine, TX

To the best of our knowledge the following people still live in the Palestine/ Tyler area:

**Palestine Regional Medical Center Employees**
22. Ghosh Tapati
23. Dr. Thomas Chick

24. Stephen Goldston, TDCJ #1720046
    Coffield Unit
    Tennessee Colony, TX

25. Andrew Goodwin, TDCJ #1719560
26. George Jones, TDCJ #1719567

As of now we are not able to locate the following people but it is assumed that they still reside in the Tyler/ Palestine area.

27. Major Jerry Rayford
28. Hollis Murray
29. Albert Beckman
30. Larry Mars
31. Dr. Cesar Uy
32. Dr. Judith F. Aronson