UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; | § § § § | |
| CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, | § § § § § § § § § § | |
| CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, | § § § | CIVIL ACTION NO. 3:13-cv-217 JURY DEMANDED |
| PLAINTIFFS | § § | |
| v. | § | |
| BRAD LIVINGSTON, individually and in his official capacity, JOE OLIVER, NANCY BETTS, L. FIELDS, JOHN DOE, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARAH RAINES, DANNY WASHINGTON, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, LINDA McKNIGHT, REVOYDA DODD, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, REGINALD GOINGS, and OWEN MURRAY in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH | § § § § § § § § § § § § § § § § § § § | |
| DEFENDANTS | § | |

# **Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; | § § § § § | |
| CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, | § § § § § § § § § § | |
| CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON,<br><br>                    PLAINTIFFS | § § § § § | CIVIL ACTION NO. 3:13-cv-217 JURY DEMANDED |
| v.<br>BRAD LIVINGSTON, individually and in his official capacity, JOE OLIVER, NANCY BETTS, L. FIELDS, JOHN DOE, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARAH RAINES, DANNY WASHINGTON, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, LINDA McKNIGHT, REVOYDA DODD, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, REGINALD GOINGS, and OWEN MURRAY in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH<br>                    DEFENDANTS | § § § § § § § § § § § § § § § § § § § § | |

## <u>DECLARATION OF SCOTT MEDLOCK</u>

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, and state, on this day, under penalty of perjury, that the foregoing is true and correct. The facts to which I attest herein are from my personal knowledge.

1. My name is Scott Medlock. I am over 18 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts stated in it. The facts stated herein are true to the best of my knowledge, and I am competent to testify as to the same.

2. I am a counsel for the Plaintiffs in this case, Ashley Adams and Wanda Adams, survivors of Rodney Adams; Carlette Hunter James, Kristy James, Krystal James, Kendrick James, Arlett James, Jonathan James, Kenneth Evans, and Mary Lou James, survivors of Kenneth Wayne James; and Cade Hudson, survivor of Douglas Hudson.

3. Mary Lou James resides in Lubbock, Texas. She is 79 years old, and has difficulty travelling. I have never met her at my office due to her difficulty driving long distances. When I met with her in Lubbock, she needed assistance from her children and grandchildren getting around. I spoke with her about her serious medical conditions. Mrs. James hospitalized twice this summer, once for a collapsed lung and hernia, and again to have surgeries to repair her knee. She cannot bend that leg, and uses a walker and cane for mobility. She cannot travel long distances by car. She uses an oxygen tank to help her breathe. Taking a direct flight from Lubbock to Houston, with a short drive to Galveston, would be a much smaller burden on Mrs. James than travel to Tyler, which would require changing planes or a long, arduous drive.

4. The majority of Mr. James' family also lives in Lubbock. A direct flight from Lubbock to Houston, with the short drive to Galveston, would be more convenient for them.

5. I have reviewed the documents available to Plaintiffs at this time. From the available documents, they anticipate deposing or calling the following witnesses:

   a. Dr. David Walker, M.D. – Dr. Walker performed James and Adams' autopsies. Dr. Walker will be an important witness on causation issues. He is a UTMB employee, working in Galveston. A true and correct copy of his resume retrieved from the UTMB website is attached.

   b. Dr. Judith Aronson, M.D. – Dr. Aronson performed Hudson's autopsy. Dr. Aronson will be an important witness on causation issues. She is a UTBM employee, working in Galveston. A true and correct copy of her resume retrieved from the UTMB website is attached.

   c. Bryan Collier – Collier is TDCJ's deputy director. Collier recently spoke with the press about TDCJ's policies for climate-controlled pig barns. Collier has relevant knowledge about which facilities TDCJ actively cools with technologies like misters and air conditioning. According to TDCJ's directory, which is attached, Collier works in Huntsville.

   d. Oscar Mendoza – Mendoza is TDCJ's risk manager. He is routinely informed about inmate deaths, including the heat stroke deaths at issue in this litigation. He supervises the risk managers at the individual prisons who monitor the indoor temperatures. According to the TDCJ directory, Mendoza works in Huntsville.

   e. Thomas Vian – Vian works in TDCJ's facilities division. In other litigation involving extreme temperatures, Vian was designated by TDCJ as a Rule 30(b)(6) witness to testify about the feasibility of air conditioning inmate housing areas. Vian testified he works in Huntsville.

f.  Kim Farguson – Farguson also works in TDCJ's facilities division, and was designated to testify in other litigation. Farguson testified he works in Huntsville.

g.  Dr. Lannette Linthicum, M.D. – Linthicum is the director of TDCJ's health services division. She supervises all medical operations across the TDCJ system, and is involved in drafting medical policies as part of the Correctional Managed Health Care Committee. According to the TDCJ directory, Linthicum works in Huntsville.

h.  Dr. Ben Raimer, M.D. – Raimer is a UTMB executive who serves on the Correctional Managed Health Care Committee. He is UTMB's liaison to the Legislature, and is involved in drafting medical policies for the entire TDCJ system. According to UTMB's online directory, Raimer works in Galveston.[4] A true and correct copy of his resume retrieved from the UTMB website is attached.

i.  Dr. Charles Adams, M.D. – Adams is a UTMB corrections official. In previous litigation, he testified about UTMB policies and procedures to protect prisoners from extreme temperatures. According to UTMB's online directory, Adams works in Houston. A true and correct copy of his resume retrieved from the UTMB website is attached.

j.  Brad Livingston – Livingston is a defendant, and the executive director of TDCJ. Livingston approves all TDCJ policies, and is involved in decisions about major expenditures (such as installing air conditioning). According to TDCJ's directory, Livingston works in Huntsville.

k.  Rick Thaler – Thaler was the director of TDCJ's Institutional Division at the time of Adams, James and Hudson's deaths. Thaler was responsible for supervising all

---

[4] The UTMB directory is available here: https://www.utmb.edu/directory/Default.asp

operations at TDCJ prison facilities. Thaler routinely reviewed documents showing prisoners died of heat-related illnesses. According to the TDCJ directory, Thaler worked in Huntsville until his retirement earlier this year.

l.   William Stephens – Stephens was Thaler's deputy in the Institutional Division, and was appointed to succeed him as the division's director. Stephens assisted in supervising operations at the prison facilities, and reviewed documents showing prisoners died of heat-related illnesses. According to the TDCJ directory, Stephens works in Huntsville.

m.  Dr. Owen Murray, D.O. – Murray is UTMB's chief executive in the correctional managed health care division. Murray is involved in developing UTMB's policies and procedures. A true and correct copy of his resume retrieved from the UTMB website is attached.

n.   Dr. Joseph Penn – Penn is UTMB's director of mental health services. Penn supervises the delivery of mental health care, and assists in developing policies to serve patients with mental illnesses. According to the UTMB directory, Penn works in Galveston. A true and correct copy of his resume retrieved from the UTMB website is attached.

o.   Dr. Stephanie Zepeda, Pharm.D. – Zepeda is UTMB's director of pharmacy. She would have knowledge about UTMB's pharmacy policies, and policies for prescribing drugs to patients. According to UTMB's directory, Zepeda works in Galveston. A true and correct copy of his resume retrieved from the UTMB website is attached.

p.   Beverly Echols – Echols is UTMB's administrative director of mental health services. She is familiar with the delivery of mental health services to prisoners

5

with disabilities. According to UTMB's directory, she works in Galveston. A true and correct copy of her bio/ resume retrieved from the UTMB website is attached.

q. Donna Sollenberger – Sollenberger is the UTMB executive vice president responsible for supervising the correctional managed care program. According to UTMB's directory, she works in Galveston. A true and correct copy of her bio/ resume retrieved from the UTMB website is attached.

r. Lance Lowry – Lowry is the president of the local chapter of the American Federation of State County and Municipal Employees Union, which represents TDCJ correctional officers. Lowry can testify about knowledge high-ranking TDCJ officials, like Thaler, have about the dangers the extreme temperatures create. Lowry lives in Huntsville.

s. Rep. Sylvester Turner – Rep. Turner is a member of the Texas legislature, and has long been concerned about the conditions in Texas prisons. Turner has repeatedly raised the extreme temperatures issue with high-ranking TDCJ officials, including Livingston. Rep. Turner lives in Houston.

t. Eugene Blackmon – Blackmon is a former TDCJ prisoner who sued TDCJ officials about the conditions caused by extreme temperatures years before Adams, James and Hudson died. Blackmon can testify about the notice TDCJ officials had about the dangerous conditions. Blackmon currently lives in Sealy, Texas.

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, and state, on this day, September 12, 2013, under penalty of perjury, that the foregoing is true and correct.

Scott Medlock

6

**utmb** Health
Pathology

Search
● Web  ○ www.utmb.edu/pathology

| Home | Administration | Faculty | Education | Research | Clinical | News/Events | Links |



**David H. Walker, M.D.**

Professor and Chairman,
Department of Pathology;
Director, UTMB Center for
Biodefense and Emerging
Infectious Disease;
Director, WHO Collaborating
Center for Tropical Diseases;
Autopsy Attending
Pathologist, Department of
Pathology

University of Texas Medical
Branch
301 University Boulevard
Galveston, TX 77555-0609

Office: (409) 772-3989
Fax: (409) 772-1850
dwalker@utmb.edu

## Appointments

| 2002–Present | Director | UTMB Center for Biodefense and Emerging Infectious Disease University of Texas Medical Branch, Galveston, Texas |
| 1994–2010 | Director | WHO Collaborating Center for Tropical Diseases University of Texas Medical Branch, Galveston, Texas |
| 1991–Present | Member | Graduate School of Biomedical Sciences University of Texas Medical Branch, Galveston, Texas |
| 1987–Present | Autopsy Attending Pathologist | Department of Pathology University of Texas Medical Branch, Galveston, Texas |
| 1987–Present | Professor and Chairman | Department of Pathology University of Texas Medical Branch, Galveston, Texas |

## Professional Education

| Degree | Institution | Field of Study | Graduation Year |
|---|---|---|---|
| B.A. | Davidson College, Davidson, North Carolina | History (Valedictorian) | 1965 |
| M.D. | Vanderbilt University, School of Medicine, Nashville, Tennessee | | 1969 |
| PGY-1 to PGY-4 | Peter Bent Brigham Hospital, Boston, Massachusett | Pathology | 1973 |
| Research | Gorgas Memorial Laboratory, Panama City, Republic of Panama | Tropical Pathology | 1971 |
| Chief Resident | Peter Bent Brigham Hospital, Boston, Massachusetts | Pathology | 1971 |
| Research Fellow | Harvard University, School of Medicine, Boston, Massachusetts | Pathology | 1972 |
| Clinical Fellow | Harvard University, School of Medicine, Boston, Massachusetts | Pathology | 1973 |

## Honors

| 2010 | Who's Who in America |
| 2009–2010 | Who's Who in Medicine and Healthcare |
| 2008–2009 | Presidential Who's Who |
| 2001–2010 | America's Top Doctors |
| 2008 | The Global Directory of Who's Who |
| 2007 | Who's Who among American Teachers & Educators |
| 2007 | Distinguished Faculty Research Award Graduate School of Biomedical Sciences, University of Texas Medical Branch, Galveston, Texas |
| 2006 | Harlan J. Spjut Award Houston Society of Clinical Pathologists |
| 2002 | Alpha Omega Alpha |

| 1997 | Mustard Seed Award in Research |
| | Sealy Society, University of Texas Medical Branch, Galveston, Texas |
| 1996 | Docteur Honoris Causa |
| | Universite de la Mediterranee, Marseille, France |
| 1965–1969 | Justin Potter Merit Scholarship |
| | Vanderbilt University, School of Medicine, Nashville, Tennessee |
| 1963 | Phi Beta Kappa |

**Professional Affiliations**

(* denotes election)

| 2008 | The American Association of Immunologists |
| 1996 | Texas Society of Pathology |
| 1991 | Texas Branch, American Society for Microbiology |
| 1989 | Texas Society of Pathologists, Inc.* |
| 1989 | American Society of Clinical Pathologists, Inc.* |
| 1988 | American Association for the Advancement of Science |
| 1988 | Association of Pathology Chairmen, Inc. |
| 1988 | Houston Society of Clinical Pathologists |
| 1988 | Galveston County Medical Society* |
| 1988 | Texas Medical Association (H5380)* |
| 1988 | College of American Pathologists* |
| | Fellow |
| 1988 | Binford-Dammin Society of Infectious Disease Pathologists |
| | President-elect, 1988–89; President, 1989–90; Secretary-Treasurer,1995–2001 |
| 1987 | Sigma Xi, The Scientific Research Society |
| 1984 | American Society of Tropical Medicine and Hygiene |
| | Nominating Committee, 1996–1998, Chair 1998 |
| 1981 | Infectious Diseases Society of America |
| | Fellow* |
| 1979 | American Society of Rickettsiology |
| | Vice President, 1988–89; President, 1989–91 |
| 1977 | American Society for Investigative Pathology |
| 1975 | United States-Canadian Division of the International Academy of Pathology |
| | Council Member 1996–2000 |
| 1975 | American Society for Microbiology |

**Research Interests**

His research interests are broadly in the area of obligatory intracellular bacteria that are transmitted by arthropod vectors. Two research projects currently funded by the NIH are focused on immune mechanisms against rickettsiae and ehrlichiae and identification of the protein antigens that stimulate immunity. Although the diseases caused by rickettsiae include many long known and feared life threatening infections such as Rocky Mountain spotted fever and epidemic typhus, elucidation of their molecular composition and effector immune mechanisms remains productive lines of investigation. In contrast, human ehrlichioses are truly emerging infectious diseases that were unknown until recently and are causing increasingly prevalent, severe infections. Ehrlichial pathogenesis and immunity are in the process of being discovered and investigated at present for these novel organisms. His research on immunity pursues hypotheses involving studies of innate immunity including NKT cells, natural killer cells, and γδ T cells, and adaptive immunity including antibodies, endothelial biology, and T regulatory cells.

His investigative armamentarium includes outstanding mouse models of spotted fever and typhus rickettsioses and monocytotropic ehrlichioses, which lend themselves to the study of pathogenesis as well as immunity. The molecular studies of rickettsiae are focused on rickettsial virulence mechanisms, while the investigations of *Ehrlichia chaffeensis, E. canis, E. muris,* and *Ixodes ovatus Ehrlichia* are focused on immunodominant proteins as vaccine candidates. Other projects include development of vaccines against *R. prowazekii, E. canis,* and *E. chaffeensis,* development of new diagnostic tests utilizing patented intellectual property sponsored by the Clayton Foundation, and international collaborations in Mexico, Brazil, Cameroon, and Portugal with opportunities for field and laboratory work in tropical locations.

His research is greatly enhanced by collaborative efforts involving the molecular expertise of Drs. Xuejie Yu, Jere

McBride, and Donald Bouyer, the immunologic knowledge and skills of Drs. Gustavo Valbuena and Lynn Soong, the ultrastructural expertise of Dr. Vsevolod Popov, and the cell biology skills of Dr. Juan Olano including confocal microscopy. New initiatives include vector biology of tick-borne ehrlichial and rickettsial infections.

**Selected Publications**

*Peer-reviewed Aritcles:*

1. Fang R, Ismail N, Shelite T, WALKER DH. 2009. CD4+CD25+ Foxp3- T regulatory cells produce both IFN-γ and IL-10 during acute severe murine spotted fever rickettsiosis. Infect Immun. Doi: 10.1128/IAI.00349-09. PMID 1956386.
2. Jordan JM, Woods ME, Soong L, WALKER DH. 2009. Rickettsiae stimulate dendritic cells through toll-like receptor 4, leading to enhanced NK cell activation *in vivo*. J Infect Dis 199:236-242. PMID 19072551. PMCID 2613164.
3. Sousa R, Franca A, Doria NS, Belo A, Amaro M, Abreu T, Pocas J, Proenca P, Vaz J, Torgal J, Bacellar F, Ismail N, WALKER DH. 2008. Host and microbial risk factors and pathophysiology of fatal *Rickettsia conorii* infection in Portuguese patients. J Infect Dis 198:576-585. PMID 18582199. PMCID 2614375.
4. Thirumalapura NR, Stevenson HL, WALKER DH, Ismail N. 2008. Protective heterologous immunity against fatal ehrlichiosis and lack of protection following homologous challenge. Infect Immun 76:1920-1930. PMID 18285501. PMCID2346691.
5. Stevenson HL, Crossley EC, Thirumalapura N, WALKER DH, Ismail N. 2008. Regulatory roles of CD1d-restricted NKT cells in the induction of toxic shock-like syndrome in an animal model of fatal ehrlichiosis. Infect Immun 76:1434-1444. PMID 18212072. PMCID2292873.
6. Jordan JM, Woods ME, Feng H-M, Soong, L, WALKER DH. 2007. Rickettsiae-stimulated dendritic cells mediate protection against lethal rickettsial challenge in an animal model of spotted fever rickettsiosis. J Infect Dis 196:629-638.
7. de Sousa R, Ismail N, Nobrega SD, Franca A, Amaro M, Anes M, Pocas J, Coelho R, Torgai J, Bacellar F, WALKER DH. 2007. Intralesional expression of mRNA of interferon-γ, tumor necrosis factor-α, interleukin-10, nitric oxide synthase, indoleamine-2, 3-dioxygenase, and RANTES is a major immune effector in Mediterranean spotted fever rickettsiosis. J Infect Dis 196:770-781.
8. Fang R, Ismail N, Soong L, Popov VL, Whitworth T, Bouyer DH, WALKER DH. 2007. Differential interaction of dendritic cells with *Rickettsia conorii*: Impact on host susceptibility to murine spotted fever rickettsiosis. Infect Immun 75:3112-3123.
9. Ismail N, Crossley E, Stevenson HL, WALKER DH. 2007. Relative importance of T cell subsets in monocytotropic ehrlichiosis: A novel effector mechanism involved in *Ehrlichia*-induced immunopathology in murine ehrlichiosis. Infect Immun 75:4608-4620.
10. Stevenson HL, Jordan JM, Peerwani Z, Wang H-Q, WALKER DH, Ismail N. 2006. An intradermal environment promotes a protective type-1 response against systemic monocytotropic ehrlichial infection. Infect Immun 74:4856-4864.
11. Ismail N, Stevenson HL, WALKER DH. 2006. The role of TNF-a and IL-10 in the pathogenesis of severe murine monocytotropic ehrlichiosis: increased resistance of TNF receptor p55- and p75- deficient mice to fatal ehrlichial infection. Infect Immun 74:1846-1856.
12. Whitworth T, Popov VL, Yu XJ, Walker DH, Bouyer DH. 2005. Expression of *Rickettsia prowazekii pld* or *tlyC* gene in *Salmonella enterica* serovar typhimurium mediates phagosomal escape. Infect Immun 73:6668-6673.
13. Valbuena G, Jordan JM, WALKER DH. 2004. T cells mediate cross-protective immunity between spotted group rickettsiae and spotted fever group rickettsiae. J Infect Dis 190:1221-1227.
14. Ismail N, Soong L, Valbuena G, McBride JW, Olano JP, WALKER DH. 2004. Overproduction of TNF-a by CD8+ type-1 cells and downregulation of IFN-g production by CD4+ Th1 cells contribute to toxic shock-like syndrome in an animal model of fatal monocytotropic ehrlichioses. J Immunol 172:1786-1800.
15. Olano JP, Masters E, Hogrefe W, WALKER DH. 2003. Human monocytotropic ehrlichiosis, Missouri. Emerg Infect Dis 9:1579-1586.

*Reviews:*

1. Valbuena GA, WALKER DH. 2006. Endothelium as a target for infections. Annu Rev Pathol Mech Dis 1:171-198.
2. WALKER, DH. 2007. Rickettsiae and rickettsial infections: The current state of knowledge. Clin Infect Dis 45S:39-44.
3. Dong J, Olano JP, McBride JW, WALKER DH. 2008. Emerging pathogens: Challenges and success of molecular diagnostics. J Mol Diag 10:185-197. PMID 1840306.
4. WALKER DH, Ismail N. 2008. Emerging and re-emerging rickettsioses: Endothelial cell infection and early disease events. Nat Rev Microbiol 6:375-386. PMID 18414502.

*Books:*

1. Guerrant RL, WALKER DH, Weller PF. 2011. Tropical Infectious Diseases: Principles, Pathogens, and Practice. 3rd Ed Philadelphia (PA): Elsevier Churchill, Livingstone.

**NIH Biosketch**


# utmb Health
Pathology




| Home | Administration | Faculty | Education | Research | Clinical | News/Events | Links |

**Judith F. Aronson, M.D.**

Professor and Vice Chair for Education, Department of Pathology; Professor, Department of Microbiology & Immunology; Member, Center for Biodefense and Emerging Infectious Diseases; Director, Autopsy Division

University of Texas Medical Branch
509 Clinical Sciences Building
301 University Boulevard
Galveston, TX 77555-9747

Office: (409) 772-6547
Fax: (409) 772-9350
jaronson@utmb.edu

## Professional Education

| Degree | Institution | Field of Study | Graduation Year |
|---|---|---|---|
| B.S. | Yale University, New Haven, CT | Molecular Biophysics and Biochemistry (cum laude) | 1980 |
| M.D. | University of North Carolina, Chapel Hill, NC | M.D. | 1985 |
| McLaughlin Post-Doctoral Fellow | Department of Pathology, University of Texas Medical Branch, Galveston, TX | Post-Doctoral | 1991 |
| Post-Doctoral Fellow | Department of Microbiology and Immunology, University of North Carolina, Chapel Hill, NC | Post-Doctoral | 1994 |

## Honors

| | |
|---|---|
| 2007 | American Medical Women's Association, Women in Medicine Pre-clinical award |
| 2007 | Member (elected), UTMB Academy of Master Teachers |
| 2006 | L. Clarke Stout Professorship in Anatomic Pathology |
| 2006 | American Medical Women's Association, Women in Medicine Pre-clinical award |
| 2004 | Elected Member, John P. McGovern Academy of Oslerian Medicine, UTMB |
| 2004 | UTMB nominee, Alpha Omega Alpha Robert J. Glaser Distinguished Teacher Award |
| 2003 | American Medical Women's Association Women in Medicine Award |
| 2003 | UTMB, Experimental Pathology Graduate Student Organization Award for Teaching and Mentoring |
| 2002 | UTMB School of Medicine, Class of 1947 Excellence in Education Award |
| 2000 | UTMB School of Medicine, Class of 1947 Excellence in Education Award |
| 1999 | Best Anatomic Pathology Faculty Award, UTMB Pathology |
| 1998 | Distinguished Faculty Award, Interactive Learning Track, School of Medicine, UTMB |
| 1985 | Alpha Omega Alpha, University of North Car |
| 1985 | Janet M. Glasgow Memorial Achievement Citation, American Medical Women's Association, University of North Carolina |

## Professional Affiliations

- American Society for Virology
- American Society of Tropical Medicine and Hygiene
- American Society for Investigative Pathology
- College of American Pathologists
- Group for Research in Pathology Education

## Research Interests

I have a long-standing interest in the study of pathogenesis of infectious diseases, particularly experimental animal

models of acute viral diseases including viral hemorrhagic fevers and arbovirus encephalitides. Because of my training as a pathologist, I am most interested in disease mechanisms and tissue-based studies of infectious agent localization and host responses.

**Selected Publications**

1. Zhang L, Marriott K, ARONSON JF. Sequence analysis of the small RNA segment of guinea-pig passaged Pichinde virus variants. Am J Trop Med Hyg 61: 220-225, 1999.
2. ARONSON JF, Grieder FB, Davis NL, Charles PC, Knott T, Brown K, Johnston RE. A single-site mutant and revertants arising *in vivo* define early steps in the pathogenesis of Venezuelan equine encephalitis virus. Virology 270:111-123, 2000.
3. Zhang L, Marriott KA, Harnish DG, ARONSON JF. Reassortant analysis of guinea pig virulence of Pichinde virus variants. Virology, 290(1): 30-38 (2001)
4. Fennewald SM, ARONSON JF, Zhang L, Herzog NK. Alterations in NF-kB and RBP-Jk by arenavirus infection of macrophages *in vitro* and *in vivo*. J Virol, 76(3):1154-1162 (2002).
5. Lele SM, Milazzo ML, Graves K, ARONSON JF, West AB, Fulhorst CF. Pathology of Whitewater Arroyo viral infection in *Neotoma albigula* (white-throated woodrat). Journal of Comparative Pathology, 128(4): 289-92 (2002.)
6. Gonzalez-Salazar D, Estrada-Franco JG, ARONSON JF, Weaver SC. Equine Amplification And Virulence Of Subtype IE Venezuelan Equine Encephalitis Viruses Isolated During The 1993 And 1996 Mexican Epizootics. Emerging Infectious Diseases 9(2): 161-8 (2003)
7. Walling DM, Andritsos LA, Etienne W, Payne DA, ARONSON JF, Flaitz CM, Nichols CM: Molecular markers of clonality and identity in Epstein-Barr virus-associated B-cell lymphoproliferative disease. *Journal of Medical Virology* 74(1):94-101 (2004).
8. Holbrook, MR, ARONSON JF, Campbell GA, Jones S, Feldmann H, and Barrett ADT. An animal model for the tick-borne Flavivirus Omsk hemorrhagic fever virus. Journal of Infectious Diseases, 191 (1): 100-8 (2005).
9. Ramirez-Alcatara V, Castaneda-Hernandez G, Rampy BA, ARONSON JF, Treinen-Moslen, M. Attenuated gastropathy but not enteropathy of cholestyramine complex with diclofenac in rats. In Press, Drug Development Research, 2005.
10. Bowick G, Fennewald SM, Elsom BL, ARONSON JF, Luxon BA, Gorenstein DG, Herzog, NK. Differential signaling networks induced by mild and lethal hemorrhagic fever virus infections, J Virol 80(20):10248-10252 (2006)
11. Fennewald SM, Scott EP, Zhang L, Yang X, ARONSON JF, Gorenstein DG, Luxon BA, Shope RE, Beasley DWC, Barrett ADT, Herzog NK. Thioaptamer decoy targeting of AP-1 proteins influences cytokine expression and the outcome of arenavirus infection. Journal of General Virology, 88:981-90 (2007).
12. Bowick, GC, Fennewald SM, Scott EP, Zhang L, Elsom BL, ARONSON JF, Spratt HM, Luxon BA, Gorenstein DG, Herzog NK. Identification of differentially activated cell-signaling networks associated with hemorrhagic fever virus pathogenesis using systems kinomics. J Virol 81(4):1923-33 (2007)
13. Schnadig VJ, Molina CP, ARONSON JF. Cytodiagnosis in the autopsy suite: A tool for improving quality and education. Archives Pathol Lab Med 131(7):1056-62 (2007).
14. Vela EM, Zhang L, Colpitts, TM, Davey RA, ARONSON JF. Arenavirus entry occurs through a cholesterol-dependent, non-caveolar, clathrin-mediated endocytic mechanism. Virology 369(1):1-11 (2007).
15. Vela EM, Bowick GC, Herzog NK, ARONSON JF. Genistein treatment of cells inhibits arenavirus infection. Antiviral Research 77:153-6 (2008).
16. Vela EM, Colpitts TM, Zhang L, Davey RA, ARONSON JF. Pichinde virus is trafficked through a dynamin-2 endocytic pathway that is dependent on cellular Rab5- and Rab7-mediated endosomes. Arch Virol. 153(7):1391-6 (2008).
17. Yun NE, Linde NS, Dzubia N, Zacks MA, Smith JN, Smith JK, ARONSON JF, Chumakova OV, Lander HJ, Peters CJ, Paessler S. Pathogenesis of XJ and Romero strains of Junin virus in two strains of guinea pigs. Am J Trop Med Hyg Aug 79(2):275-82 (2008).
18. Adams AP, ARONSON JF, Tardif SD, Patterson JF, Brasky KM, Geiger R, de la Garza M, Carrion R Jr, Weaver SC. Common marmosets (Callithrix jacchus) as a nonhuman primate model to assess the virulence of Eastern Equine Encephalitis Virus strains. J Virol 82(18):9035-41 (2008).
19. Scott EP, ARONSON JF. Cytokine patterns in a comparative model of arenavirus hemorrhagic fever in guinea pigs. J Gen Virol 89(Pt 10):2569-79 (2008).
20. Lan S., McLay L, ARONSON J, Ly Hinh, Liang Y. Genome comparison of virulent and avirulent strains of the arenavirus Pichinde. Archives of Virology, 153(7):1241-50 (2008)

**NIH Biosketch**

 **utmb** Health       Health Policy and Legislative Affairs

Working together to work wonders.

## BEN G. RAIMER, MD



**Senior Vice President**

**Health Policy & Legislative Affairs**

Over the past three decades, Dr. Ben Raimer has held numerous academic and administrative positions at UTMB. A tenured professor in the departments of Pediatrics, Family Medicine, and Preventive Medicine and Community Health, Dr. Raimer was appointed senior vice president for health policy and legislative affairs in 2008. He previously served as vice president for the Office of Community Outreach, chief physician executive for UTMB Correctional Managed Care, medical director of the UTMB Primary Care Outpatient Clinics, CEO for Community Health Services, and chief physician executive for UT-MED (The Group Practice of Medicine at UTMB).

Dr. Raimer is a Diplomate of the American Board of Pediatrics and a Fellow of the American Academy of Pediatrics. He holds an undergraduate degree in biology from East Texas Baptist University, a master's degree in human genetics from the UTMB Graduate School of Biomedical Sciences, and a doctorate from the UTMB School of Medicine. Since completing an internship and residency in pediatrics at UTMB in 1977, he has provided community-based medical care to scores of young patients living in Galveston and neighboring counties. Much of his practice has been devoted to the evaluation and treatment of children and adolescents with behavioral disorders and learning disabilities. A nationally recognized expert on prevention and treatment of child abuse and neglect, he has been honored by several state and national children's advocacy organizations for his contributions. He also has extensive experience in health care practice management, correctional health care and telemedicine and has published numerous articles on

these topics.

In addition to the many hats he wears at UTMB, Dr. Raimer serves on a number of advisory panels and committees for various government agencies and professional organizations, including the Texas Institute of Health Care Quality and Efficiency Board of Directors, formerly chair of the Texas Statewide Health Coordinating Council, the Texas Health and Human Services Commission Center for the Elimination of Disparities and Disproportionality, and the Galveston County Health District United Board of Health.  He is also a member of the Board of Trustees of East Texas Baptist University, and serves on the Governing Councils of both the Texas Pediatric Society and the Texas Association of Public Health. He is actively engaged with UTMB students global and community health volunteer programs.

## Charles D. Adams, MD, MPH
### Senior Medical Director



Dr. Charles D. (Danny) Adams was born in Houston, Texas. After graduating from Spring Branch High School, he enlisted in the U.S. Navy, where he spent the next 3 1/2 years. Adams graduated magna cum laude from The University of Houston. He received his Doctor of Medicine from The University of Texas Medical Branch and his Master of Public Health from The University of Texas Health Science Center. He spent 9 years in private practice in Pasadena, Texas and Dillard, Georgia. He is a past member of The American College of Emergency Physicians.

Adams has been in correctional medicine for the past 21 years. He has held numerous positions during that time including regional supervisor, and currently is the southern division medical director. Adams has been a long time member of the UTMB-CMC Pharmacy and Therapeutics committee and is currently co- chairman of the UTMB-CMC Peer Review Committee. He has conducted numerous prison surveys on behalf of the NCCHC (National Commission for Correctional Health Care) throughout the United States. His current position entails the supervision of medical care of over 40 Texas Department of Criminal Justice prison units which house approximately 60,000 incarcerated felons.

The UTMB Web Developer's Network (DevNet) is a service provided by the Office of Public Affairs and Information Services.

## Owen J. Murray, D.O., MBA
## Vice President, Correctional Managed Care



Dr. Owen Murray attended the Chicago College of Osteopathic Medicine and graduated in 1988. He completed the Family Practice Residency Program at Michigan State University. He then spent four years working in the Cook County Jail and Illinois Department of Corrections and has been in Texas employed by The University of Texas Medical Branch for the last eleven years. He received his MBA degree at the University of Houston Clear Lake.

Dr. Murray is currently the Executive Director of Clinical Services, Chief Physician Executive for The University of Texas Medical Branch Correctional Managed Care program. UTMB-CMC provides complete medical, mental health, and dental services to approximately 105,000 offenders within the Texas Department of Criminal Justice, employs approximately 3800 individuals and provides services in approximately 100 facilities throughout the state.

Dr. Murray is responsible, along with his colleagues, for program development, quality assurance, outcomes management, formulary and disease management guideline development, utilization review, risk management, offender correspondence, peer review, CME and staff development, litigation co-ordination, facility financial management, and business development.

# Joseph Penn, MD
# Director of Mental Health Services

Dr. Penn received his medical degree from the University of Texas Medical Branch (UTMB) in Galveston, Texas, he completed a residency and chief residency in psychiatry, and a fellowship in child and adolescent psychiatry, in the Department of Psychiatry and Human Behavior, Brown University, Providence, Rhode Island. He completed an additional fellowship in forensic psychiatry at Yale University, New Haven, Connecticut. Board certified in general, child and adolescent, and forensic psychiatry, he has served as a board examiner for the American Board of Psychiatry and Neurology, on the general psychiatry recertification committee, and is currently on the forensic psychiatry committee.

Dr. Penn is a Clinical Associate Professor, Department of Psychiatry and Behavioral Sciences, UTMB, Galveston, Texas. He was previously Clinical Associate Professor in the Department of Psychiatry and Human Behavior, at Brown University and the Warren Alpert Medical School. He was the principle author of the American Academy of Child and Adolescent Psychiatry (AACAP) Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities among other writings.

Dr. Penn has performed numerous civil, criminal, and other independent psychiatric evaluations of children, adolescents, adults, and has been qualified and testified as an expert witness in state and federal courts. He has served as a consultant regarding correctional and non-correctional mental health care delivery and standards of care. He has presented on law and psychiatry issues, including seclusion and restraint, use of psychotropic medications, access to mental health care in correctional settings, suicide prevention, and prediction of future violence. He is the AACAP's representative to the Board of Directors of the National Commission on Correctional Health Care (NCCHC), and recently served as Chairman of the Board.

The UTMB Web Developer's Network (DevNet) is a service provided by the Office of Public Affairs and Information Services.

## Stephanie Zepeda, PharmD
## Director, Pharmacy Services



Dr. Stephanie Zepeda is responsible for providing operational and financial oversight for UTMB CMC Pharmacy Services. Services are provided to approximately 155,000 patients at 134 correctional facilities statewide.

Dr. Zepeda graduated Summa Cum Laude from the University of Houston College of Pharmacy with a Doctor of Pharmacy degree in 1997. She continued her studies and completed a post-graduate Pharmacy Practice Residency With An Emphasis In Managed Care with the University of Houston College of Pharmacy and the Texas Department of Criminal Justice in 1998.

Dr. Zepeda began her career as a clinical pharmacist with the University of Houston College of Pharmacy serving the Texas Department of Criminal Justice. In 2000, she joined UTMB Correctional Managed Care as a pharmacy clinical practice specialist. Since joining UTMB CMC, she has been the Assistant Director of Pharmacy and was selected as the Director in May 2006.

The UTMB Web Developer's Network (DevNet) is a service provided by the Office of Public Affairs and Information Services.

Beverly Echols, MA, LBSW, LPC
## Administrative Director of Mental Health Services



Beverly Echols received a Bachelor of Arts degree in Sociology in 1984 and Master of Arts degree in Counseling in 2004 from Prairie View A&M University. She attained licensure as a social worker (1991) and professional counselor (2006). She began her career with TDCJ, in 1988, as a Clinical Social Worker at what was then the Mentally Retarded Offender Program (MROP), currently the Developmentally Disabled Program (DDP) at the Beto Facility.

After working for DDP (formerly MROP), Ms. Echols moved in to the Ellis II Psychiatric Center, Huntsville Unit Outpatient MH Services and the Sex Offender Treatment Program at Goree, Beverly moved in to an administrative position in 1995. She was named the Administrative Director of Mental Health Services in 2010.

The UTMB Web Developer's Network (DevNet) is a service provided by the Office of Public Affairs and Information Services.

## Donna K. Sollenberger, MA
## Executive Vice President and CEO for the UTMB Health System



Donna K. Sollenberger, as executive vice president and chief executive officer for the UTMB Health System, is responsible for providing operational and financial oversight for UTMB's patient care enterprise that includes the hospital complex, a network of campus- and community-based clinics and a Correctional Managed Care program that provides care to three-fourths of the state's incarcerated. She also is integrally involved in long-term capital improvement projects to upgrade clinical facilities at the university.

Prior to joining UTMB, she was chief executive officer of the Baylor Clinic and Hospital and executive vice president of Baylor College of Medicine.

Sollenberger previously served as president and CEO of the University of Wisconsin Hospitals and Clinics which won numerous national awards, including being named one of Solucient's Top 100 hospitals in 2003, 2005 and 2007 and a Top 100 Heart Hospital in 2006 and 2007. During her tenure, the hospital was ranked the number one academic hospital in the University Health Systems Consortium's Quality and Accountability study. The system also was named one of the 100 best companies for working mothers by Working Mother magazine in 2007. Sollenberger in 2007 was selected as one of the top 25 women in health care by Modern Healthcare magazine.

Prior to joining the University of Wisconsin Hospitals and Clinics, Sollenberger was executive vice president and chief operating officer of City of Hope in Los Angeles, vice president for hospital and clinics at the University of Texas M.D. Anderson Cancer Center and the administrative officer for surgery at Southern Illinois University School of Medicine. She earned her bachelor's and master's degrees from the University of Illinois in Springfield.

The UTMB Web Developer's Network (DevNet) is a service provided by the Office of Public Affairs and Information Services.



# FY 2013

**Texas Department of Criminal Justice**

## Phone & Address Directory

*Updated on:*
*09/04/2013*

# HELPFUL NUMBERS

**IT Help Desk**
936-437-1300

**Administrative
Offices**
*Austin*
512-463-9988

**Administrative
Offices**
*Huntsville*
936-295-6371

**Travel Office**
*Huntsville*
936-437-6239

**Ombudsman Office**
*Huntsville*
936-437-4927

**Correctional
Institutions Division**
936-437-2169

**Offender Status Line
Parole Status**

*Austin*
512-406-5202

*Huntsville*
936-291-2106

**Locator Line**
*Huntsville*
936-295-6371

**CJAD (Probation)**
512-305-9300

**Parole Division**
512-406-5401

**Send Directory updates to:**
jeff.linderman@tdcj.state.tx.us



# FY 2013
## Texas Department of Criminal Justice
# Phone & Address Directory

Helpful Phone Numbers ................................................. Page 2

Texas Board of Criminal Justice ................................... Page 4

    Internal Audit ............................................................ Page 4
    Office of the Inspector General ............................ Page 4
    Prison Rape Elimination Act Ombudsman .......... Page 4
    State Counsel for Offenders ................................. Page 4
    Windham School District ....................................... Page 4

Texas Department of Criminal Justice,
Executive Director ........................................................ Page 5
Texas Department of Criminal Justice,
Deputy Executive Director .......................................... Page 5
    Administrative Review
    & Risk Management ................................................. Page 5
        Ombudsman ..................................................... Page 5
        Review & Standards ....................................... Page 5
    Chief Financial Officer ........................................... Page 5
        Business & Finance Division ......................... Page 5
        Facilities Division .......................................... Page 5
        Information Technology Division ................. Page 6
        Manufacturing and Logistics Division ....... Page 6
    Chief of Staff ............................................................ Page 6
        Executive Support .......................................... Page 6
        Media Services ................................................ Page 6
    Community Justice Assistance Division (CJAD) .. Page 7
    Correctional Institutions Division ........................ Page 7
        Administrative & Support Offices ............... Page 7
        Management Operations .............................. Page 7

        Prison & Jail Operations ............................... Page 7
        Parole Facility ................................................ Page 11
        Private Prisons ............................................... Page 11
        Private State Jails .......................................... Page 11
        Multi-use Facilities Privately Operated .... Page 11
        Pre-Parole Transfer Facility (PPT) ............. Page 11
        Support Operations ...................................... Page 12
Health Services Division ............................................. Page 12
Human Resources Division ......................................... Page 12
Office of the General Counsel .................................... Page 13
Parole Division .............................................................. Page 13
    Administrative &
    Support Offices ....................................................... Page 13
    Region I ..................................................................... Page 13
    Region II .................................................................... Page 14
    Region III ................................................................... Page 14
    Region IV ................................................................... Page 14
    Region V .................................................................... Page 15
    District Resource Centers ..................................... Page 15
    Halfway Houses ...................................................... Page 16
    Intermediate Sanction
    Facilities (ISFs) ........................................................ Page 16
    Pre-Revocation Units (PRTU) .............................. Page 16
Private Facility Contract Monitoring/Oversight .... Page 16
Public Information ........................................................ Page 16
Reentry and Integration Division ............................. Page 16
Rehabilitation Programs Division ............................. Page 17
Victim Services Division .............................................. Page 17
Name Index .................................................................... Page 18

# Texas Board of Criminal Justice

PO Box 13084
Austin TX 78711
Phone: 512-475-3250
Fax: 512-305-9398

Oliver J. Bell, Chair
Tom Mechler, Vice-Chair
Leopoldo Vasquez III, Secretary
John "Eric" Gambrell
Judge Larry Gist
Carmen Villanueva-Hiles
Janice Harris Lord
R. Terrell McCombs
J. David Nelson

## *Internal Audit*

Scott Hornung
2 Financial Plaza, Ste 525
Huntsville TX 77340
Phone: 936-437-7160
Fax: 936-437-8021

**Audit**
Christopher Cirrito
2 Financial Plaza, Ste 525
Huntsville TX 77340
Phone: 936-437-7163
Fax: 936-437-7102

Lynda Brackett
2 Financial Plaza, Ste 525
Huntsville TX 77340
Phone: 936-437-7167
Fax: 936-437-7102

Melinda Pilgrim
8712 Shoal Creek, Ste. 201
Austin TX 78757
Phone: 512-406-5938
Fax: 512-406-5960

## *Office of the Inspector General*

Bruce Toney
PO Box 13084
Capitol Station
Austin TX 78711
Phone:  512-671-2480
Fax:  512-671-2129

**Administrative Support and Programs**
Vacant
2503 Lake Rd #5
Huntsville TX 77340
Phone:  936-437-5190
Fax:  936-438-8443

**General Counsel**
John West
PO Box 13084
Capitol Station
Austin TX 78711
Phone: 512-671-2490
Fax: 512-255-5191

**Information Systems**
Michael Troyanski
PO Box 13084
Capitol Station
Austin TX 78711
Phone: 512-671-2367
Fax: 512-255-5188

**Investigations**
Joseph Buttitta
2503 Lake Rd #5
Huntsville TX 77340
Phone:  936-437-5044
Fax:  936-437-5104

**Crime Stoppers**
Pam McMahon
PO Box 1855
Huntsville TX 77342
Phone: 936-437-5122
Fax: 936-295-5051

## *Prison Rape Elimination Act Ombudsman*

Ralph Bales
PO Box 99
Huntsville TX 77342
Phone: 936-437-2133
Fax: 936-437-6981

## *State Counsel for Offenders*

Rudolph Brothers
PO Box 4005
Huntsville TX 77342
Phone: 936-437-5203
Fax: 936-437-5293

**Administrative Services**
Sonia Navarrete
PO Box 4005
Huntsville TX 77342
Phone: 936-437-5203
Fax: 936-437-5293

**Appellate**
Ken Nash
PO Box 4005
Huntsville TX 77342
Phone: 936-437-5291
Fax: 936-437-5293

**Civil Commitment**
Barbara Corley
PO Box 4005
Huntsville TX 77342
Phone: 936-521-6700
Fax: 936-521-6721

**General Legal & Immigration**
Douglas Kim
PO Box 4005
Huntsville TX 77342
Phone: 936-437-5239
Fax: 936-437-5295

**Investigation Section**
Robert Edmiston
PO Box 4005
Huntsville TX 77342
Phone: 936-437-5261
Fax: 936-437-5295

**Legal Assistant Support**
Joni Moore
PO Box 4005
Huntsville TX 77342
Phone: 936-437-5235
Fax: 936-437-5279

**Trial**
Brian Lacour
PO Box 4005
Huntsville TX 77342
Phone: 936-437-5203
Fax: 936-437-5295

## *Windham School District*

**Interim Superintendent**
Veronica Casanova
PO Box 40
Huntsville TX  77342
Phone: 936-291-5303
Fax: 936-436-4031

# Texas Department of Criminal Justice

**Executive Director**
Brad Livingston
PO Box 99
Huntsville TX 77342
Phone: 936-437-2101
Fax: 936-437-2123

**Deputy Executive Director**
Bryan Collier
PO Box 99
Huntsville TX 77342
Phone: 936-437-6251
Fax: 936-437-8925

**Office of Incident Management**
Kirk Moss
861B IH 45 North
Huntsville TX 77342
Phone: 936-437-6038
Fax: 936-437-6073

## *Administrative Review & Risk Management*

Oscar Mendoza
PO Box 99
Huntsville TX 77342
Phone: 936-437-4839
Fax: 936-437-4843

### Resolution Support

Bobbie Turner-Parker
1060 Hwy 190 E
Huntsville TX 77340
Phone: 936-437-4882
Fax: 936-437-4876

### Access to Courts
Frank Hoke
1060 HWY 190 East
Huntsville TX 77340
Phone: 936-437-4816
Fax: 936-437-4823

### Offender Grievance
Sandy Murphy
1060 Hwy 190 E
Huntsville TX 77340
Phone: 936-437-4883
Fax: 936-437-4876

### Ombudsman
Debra Booker
PO Box 99
Huntsville TX 77342
Phone: 936-437-4927
Fax: 936-437-4930

### Ombudsman–Parole
Nancy Hall
PO Box 13401
Austin TX 78711
Phone: 512-406-5795
Fax: 512-406-5858

## Review & Standards

Shannon Kersh
1060 State Highway 190 E
Huntsville TX 77340
Phone: 936-437-4901
Fax: 936-437-4909

### Monitoring and Standards - Operational Review and American Correctional Association
Russell Bailey
1060 State Highway 190 E
Huntsville TX 77340
Phone: 936-437-4834
Fax: 936-437-4909

### Risk Management
Robert C. Warren
1060 State Highway 190 E
Huntsville TX 77340
Phone: 936-437-4802
Fax: 936-437-4909

### Use of Force
Kathryn Bell
1260 Highway 75 N
Huntsville TX 77320
Phone: 936-730-1153
Fax: 936-295-1999

## *Chief Financial Officer*

Jerry McGinty
PO Box 4015
Huntsville TX  77342
Phone:  936-437-2107
Fax:  936-437-6381

Ron Steffa
PO Box 4015
Huntsville TX 77342
Phone: 936-437-2111
Fax: 936-437-6381

## Business & Finance Division

### Accounting & Business Services
Kathy McHargue
PO Box 4015
Huntsville TX  77342
Phone:  936-437-6414
Fax:  936-437-6321
      325-223-0312

### Agribusiness, Land & Minerals
Matthew Demny
2 Financial Plaza, Suite 410
Huntsville TX 77340
Phone:  936-437-5400
Fax:  936-295-8273

### Budget
Sherry Koenig
PO Box 4015
Huntsville TX 77342
Phone: 936-437-2117
Fax:  936-437-6996

### Commissary and Trust Fund
Eric Johnston
901 Normal Park, Ste 207-C
Huntsville TX  77340
Phone:  936-437-4700
Fax:  936-437-4797

### Contracts and Procurement
Billy Sanders
Two Financial Plaza, Ste 300-A
Huntsville TX 77340
Phone:  936-437-7003
Fax:  936-437-7080
      325-223-0310

### HUB Program
Sharon Schultz
Two Financial Plaza, Ste 525
Huntsville TX  77340
Phone:  936-437-7026
Fax:  936-437-7088

### Office of Space Management
Melissa Beardsley
Two Financial Plaza, Ste 300
Huntsville TX 77340
Phone: 936-437-7371
Fax: 325-437-7080

### Payroll Processing
Jill Gunn
PO Box 4015
Huntsville TX  77342
Phone:  936-437-6258
Fax:  936-437-8644

## Facilities Division

Frank Inmon
PO Box 4011
Huntsville TX 77340
Phone: 936-437-7200
Fax: 936-437-7205

### Engineering
Glenn Isbell
PO Box 4011
Huntsville TX 77340
Phone: 936-437-7210
Fax: 936-437-7209

**Program Analysis**
Karen Prestwood
PO Box 4011
Huntsville TX 77340
Phone: 936-437-7295
Fax: 936-437-7366

**Maintenance**
Thomas L. Vian
PO Box 4011
Huntsville TX 77340
Phone: 936-437-7228
Fax: 936-437-7377

**Project Administration**
Dan Byrne
PO Box 4011
Huntsville TX 77340
Phone: 936-437-7247
Fax: 936-437-7375

**Program Administration**
Melinda Brewer
PO Box 4011
Huntsville TX 77340
Phone: 936-437-7211
Fax: 936-437-2894

## Information Technology Division

Mike Bell
P.O. Box 4016
Huntsville TX 77342
Phone: 936-437-1270
Fax: 936-437-1011

Melvin Neely
P.O. Box 4016
Huntsville TX 77342
Phone: 936-437-1343
Fax: 936-437-1011

**Administrative Services**
Vacant
PO Box 4016
Huntsville TX 77342
Phone: 936-437-1754
Fax: 936-437-1267

**Project Management**
Lynn Ayala
PO Box 4016
Huntsville TX 77342
Phone: 936-437-2234
Fax: 936-437-1864

**Development and Applications Support**
Charlotte Anderson
PO Box 4016
Huntsville TX 77342
Phone: 936-437-2242
Fax: 936-437-1864

**Communications**
Joe Miles
PO Box 4016
Huntsville TX 77342
Phone: 936-437-2003
Fax: 936-437-1181

**Networks**
Cathy Bickford
PO Box 4016
Huntsville TX 77342
Phone: 936-437-1754
Fax: 936-437-1100

**Information Security Officer**
Shawn Wallace
PO Box 4016
Huntsville TX 77342
Phone: 936-437-1800
Fax: 936-437-1011

## Manufacturing and Logistics Division

Bobby Lumpkin
PO Box 4013
Huntsville TX 77342
Phone: 936-437-2189
Fax: 936-437-6096

Darin Pacher
PO Box 4013
Huntsville TX 77342
Phone: 936-437-6075
Fax: 936-437-6082

**Financial Operations**
Jo Ann Rawlinson
PO Box 4013
Huntsville TX 77342
Phone: 936-437-6064
Fax: 936-437-6096

**Industry**
-vacant-
PO Box 4013
Huntsville TX 77342
Phone: 936-437-6074
Fax: 936-437-6856

**Transportation and Supply**
John Fielder
PO Box 4013
Huntsville TX 77342
Phone: 936-437-6415
Fax: 936-437-8691

## Chief of Staff

Jeff Baldwin
PO Box 13084
Capitol Station
Austin TX 78711
Phone: 512-463-9776
Fax: 512-936-2169

**Legislative Liaison**
Andrew Hurn
PO Box 13084
Capitol Station
Austin TX 78711
Phone: 512-463-8195
Fax: 512-936-2169

## Executive Support

Karen Hall
PO Box 99
Huntsville TX 77342
Phone: 936-437-6452
Fax: 936-437-2125

## Executive Services

**Fundraising**
Carie Beaty
PO Box 99
Huntsville TX 77342
Phone: 936-437-6456
Fax: 936-437-2125

**Policies**
Michelle Whitecotton
PO Box 99
Huntsville TX 77342
Phone: 936-437-6458
Fax: 936-437-2125

**Records Retention**
Carie Beaty
PO Box 99
Huntsville TX 77342
Phone: 936-437-6456
Fax: 936-437-2125

**Research Coordination/ Surveys**
Susan DeBose
PO Box 99
Huntsville TX 77342
Phone: (936) 437-8972
Fax: (936) 437-2125

**Statistics**
Julie Artherholt
PO Box 99
Huntsville TX 77342
Phone: 936-437-6391
Fax: 936-437-2125

**Emergency Action Center**
Jill Lewis
PO Box 99
Huntsville TX 77342
Phone: 936-437-8483
Fax: 936-435-1056

## Media Services

Jerry Holdenried
4616 W. Howard, Ste 200
Austin TX 78728
Phone: 512-671-2330
Fax: 512-671-2340

**Video/Photography**

Jene Andersen
4616 W Howard Ln, Ste 200
Austin TX 78728
Phone: 512-671-2312
Fax: 512-671-2340

Terry Edwards
4616 W Howard Ln, Ste 200
Austin TX 78728
Phone: 512-671-2310
Fax: 512-671-2340

## Community Justice Assistance Division

Carey Welebob
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-9350
Fax: 512-305-9368

Manny Rodriguez
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-9350
Fax: 512-305-9368

**Internal Operations**
Marcia Roberts
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-9350
Fax: 512-305-9368

**Budget Unit**
Nancy Espinoza
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-9381
Fax: 512-305-9368

**Research and Evaluation**
Vacant
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-9321
Fax: 512-305-9368

**Information Management/ CSTS Unit**
Beki Pool
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-9381
Fax: 512-305-9368

**Field Services- Region I**
John Hill
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-9381
Fax: 512-305-9368

**Field Services- Region II**
Lynn Arneson
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-8719
Fax: 512-305-9368

**Field Services- Region III**
Vacant
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-305-9381
Fax: 512-305-9368

**Fiscal Management**
Barbara Evans
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-463-8846
Fax: 512-305-9368

**Training & Staff Development**
Vacant
209 W 14th St, Ste 400
Austin TX 78701
Phone: 512-463-8846
Fax: 512-305-9368

## Correctional Institutions

William Stephens
PO Box 99
Huntsville TX 77342
Phone: 936-437-2173
Fax: 936-437-6325

## Management Operations

-----vacant-----
PO Box 99
Huntsville TX 77342
Phone: 936-437-2121
Fax: 936-437-8949

**Correctional Training & Staff Development**
Paul Morales
PO Box 99
Huntsville TX 77342
Phone: 936-437-8502
Fax: 936-437-8512

**Safe Prisons Program Management Office**
Lynne Sharpe
861 Interstate 45 N
Huntsville TX 77342
Phone: 936-437-8918
Fax: 936-437-8949

**Security Threat Group Management Office**
Emil Garza
PO Box 99
Huntsville TX 77342
Phone: 936-437-8446
Fax: 936-437-6954

**Fusion Center**
Kevin Campbell
PO Box 99
Huntsville TX 77342
Phone: 936-437-6260
Fax: 936-437-8949

**Plans & Operations**
Rosie Plattenburg
PO Box 99
Huntsville TX 77342
Phone: 936-437-6280
Fax: 936-437-8411

**Security Operations**
Tony O'Hare
916 14th St.
Huntsville TX 77340
Phone: 936-437-9035
Fax: 936-437-9046

**Tracking Canine Coordinator**
Joey Martin
916 14th St.
Huntsville TX 77340
Phone: 936-437-9041
Fax: 936-437-9046

## Prison and Jail Operations

Robert Eason
PO Box 99
Huntsville TX 77342
Phone: 936-437-6318
Fax: 936-437-8725

**Region I**
Richard Alford
1225 Avenue G
Huntsville TX 77340
Phone: 936-437-1770 (035)
Fax: 936-437-1988

**Region II**
Kelvin Scott
#2 Backgate Road
Palestine TX 75803
Phone: 903-928-2623 (178)
Fax: 903-928-2397

**Region III**
Lorie Davis
400 Darrington Rd
Rosharon TX 77583
Phone: 281-369-3736 (240)
Fax: 281-595-4932

**Region IV**
Cody Ginsel
965 Ofstie St
Beeville TX 78102
Phone: 361-362-6328 (299)
Fax: 361-358-6232

**Region V**
Jason Heaton
304 W 6th St
Plainview TX 79072
Phone: 806-296-4500 (400)
Fax: 806-296-4521

**Region VI**
Eric Guerrero
1002 Carroll St.
Gatesville, TX 76528
Phone: 254-248-3984
Fax: 254-248-3981

**Allred Unit**
[Vernon (W7)]
Richard Wathen
2101 FM 369 N
Iowa Park TX 76367
Phone: 940-855-7477 (069)
Fax: 940-855-7195

**Beto Unit**
Todd Harris
1391 FM 3328
Tennessee Colony TX 75880
Phone: 903-928-2217 (022)
Fax: 903-928-3019

**Boyd Unit**
Cynthia Tilley
200 Spur 113
Teague TX 75860-2007
Phone: 254-739-5555 (051)
Fax: 254-739-5533

**Briscoe Unit**
Jesus Manuel Peralta
1459 W Highway 85
Dilley TX 78017-4601
Phone: 830-965-4444 (052)
Fax: 830-965-4112

**Byrd Unit**
Edward Howell
21 FM 247
Huntsville TX 77320
Phone: 936-295-5768 (008)
Fax: 936-293-3192

**Choice Moore
Transfer Facility**
John Werner
1700 N FM 87
Bonham TX 75418
Phone: 903-583-4464 (079)
Fax: 903-640-5397

**Clemens Unit**
Christopher Carter
11034 Highway 36
Brazoria TX 77422
Phone: 979-798-2188 (005)
Fax: 979-798-6493

**Clements Unit**
Barry Martin
9601 Spur 591
Amarillo TX 79107-9606
Phone: 806-381-7080 (037)
Fax: 806-381-5030

**Coffield Unit**
John Rupert
2661 FM 2054
Tennessee Colony TX 75884
Phone: 903-928-2211 (006)
Fax: 903-928-1017

**Cole State Jail**
John Werner
3801 Silo Rd
Bonham TX 75418
Phone: 903-583-1100 (102)
Fax: 903-640-5651

**Connally Unit**
Joe Grimes
899 FM 632
Kenedy TX 78119
Phone: 830-583-4003 (068)
Fax: 830-583-4737

**Cotulla Transfer Facility**
Jesus Manuel Peralta
610 FM 624
Cotulla TX 78014
Phone: 830-879-3077 (061)
Fax: 830-879-2300

**Crain Unit**
Lorretta Carmona
1401 State School Rd
Gatesville TX 76599-2999
Phone: 254-865-8431 (024)
Fax: 254-865-1030

**Dalhart Unit**
Norvel Arnold
11950 FM 998
Dalhart TX 79022
Phone: 806-249-8655 (072)
Fax: 806-249-1589

**Daniel Unit**
Charles Vondra
938 S FM 1673
Snyder TX 79549
Phone: 325-573-1114 (038)
Fax: 325-574-6709

**Darrington Unit**
Mark Jones
59 Darrington Rd
Rosharon TX 77583
Phone: 281-595-3465 (007)
Fax: 281-595-4013

**Dominguez State Jail**
Samuel Seale
6535 Cagnon Rd
San Antonio TX 78252
Phone: 210-675-6620 (098)
Fax: 210-645-2538

**Duncan Unit**
Steven Miller
1502 S First Street
Diboll TX 75941
Phone: 936-829-2616 (063)
Fax: 936-829-3088

**Eastham Unit**
Charles Bell
2665 Prison Rd #1
Lovelady TX 75851
Phone: 936-636-7321 (009)
Fax: 936-636-6911

**Ellis Unit**
Richard Morris
1697 FM 980
Huntsville TX 77343
Phone: 936-295-5756 (010)
Fax: 936-293-7421

**Estelle Unit**
Tracy Bailey
264 FM 3478
Huntsville TX 77320
Phone: 936-291-4200 (032)
Fax: 936-439-1379

**Ferguson Unit**
Phillip Bickham
12120 Savage Dr
Midway TX 75852-3654
Phone: 936-348-3751 (011)
Fax: 936-293-4742

**Formby State Jail**
Charles McDuffie
998 County Rd, AA
Plainview TX 79072-9641
Phone: 806-296-2448 (106)
Fax: 806-293-6605

**Fort Stockton
Transfer Facility**
Glen Whitfield
1536 E Interstate 10
Fort Stockton TX 79735
Phone: 432-336-7676 (062)
Fax: 432-336-4440

**Garza East
Transfer Facility**
[Chase Field [W6]]
Ernest Guterrez Jr.
4304 Highway 202
Beeville TX 78102
Phone: 361-358-9880 (096)
Fax: 361-362-6656

**Garza West
Transfer Facility**
Ernest Guterrez Jr.
4250 Highway 202
Beeville TX 78102
Phone: 361-358-9890 (095)
Fax: 361-362-6649

**Gist State Jail**
Gene Kroll
3295 FM 3514
Beaumont TX 77705
Phone: 409-727-8400 (097)
Fax: 409-721-8409

**Glossbrenner SAFPF**
Miguel Martinez
5100 S FM 1329
San Diego TX 78384
Phone: 361-279-2705 (088)
Fax: 361-279-6406

**8**

**Goodman
Transfer Facility**
Richard Gunnels
349 Private Road 8430
Jasper TX 75951
Phone: 409-383-0012 (086)
Fax: 409-383-2555

**Goree Unit**
Kelly Strong
7405 Highway 75 South
Huntsville TX 77344
Phone: 936-295-6331 (012)
Fax: 936-295-4101

**Gurney
Transfer Facility**
Reginald Goings
1385 FM 3328
Tennessee Colony TX 75861
Phone: 903-928-3118 (094)
Fax: 903-928-1753

**Halbert SAFPF**
Kelli Forrester
800 Ellen Halbert Drive
Burnet, TX 78611
Phone: 512-756-6171
Fax: 512-715-3247

**Hamilton Unit**
Billy Lewis
200 Lee Morrison Ln
Bryan TX 77807
Phone: 979-779-1633
Fax: 979-779-5144

**Havins Unit**
Steven Sperry
500 FM 45 E
Brownwood TX 76801
Phone: 325-643-5575 (082)
Fax: 325-641-6397

**Henley State Jail**
Octavious Black
7581 Highway 321
Dayton TX 77535
Phone: 936-258-2476 (083)
Fax: 936-257-4449

**Hightower Unit**
David Blackwell
902 FM 686
Dayton TX 77535-9304
Phone: 936-258-8013 (041)
Fax: 936-257-4407

**Hilltop Unit**
Melodye Nelson
1500 State School Rd
Gatesville TX 76598
Phone: 254-865-8901 (031)
Fax: 254-248-3277

**Hobby Unit**
Linda Gonzales
742 FM 712
Marlin TX 76661
Phone: 254-883-5561 (039)
Fax: 254-883-1539

**Hodge MROP**
Edgar Baker
379 FM 2972 W
Rusk TX 75785
Phone: 903-683-5781 (034)
Fax: 903-683-8911

**Holliday Transfer Facility**
Pamela Baggett
295 Interstate 45 N
Huntsville TX 77340
Phone: 936-295-8200 (092)
Fax: 936-293-3293

**Hospital Galveston**
Don Bosco
PO Box 48, Sub Station 1
Galveston TX 77555
Phone: 409-772-2875 (023)
Fax: 409-772-1758

**Hughes Unit**
Kenneth Dean
Route 2 Box 4400
Gatesville TX 76597
Phone: 254-865-6663 (042)
Fax: 254-865-1059

**Huntsville Unit**
James Jones
815 12th St
Huntsville TX 77348
Phone: 936-437-1555 (001)
Fax: 936-437-2090

**Hutchins State Jail**
Jeffery Pringle
1500 E Langdon Rd
Dallas TX 75241
Phone: 972-225-1304 (099)
Fax: 469-941-3913

**Jester I SAFPF**
Monty Hudspeth
1 Jester Rd
Richmond TX 77406
Phone: 281-277-3030
Fax: 281-277-3043

**Jester III Unit**
Monty Hudspeth
3 Jester Rd
Richmond TX 77406
Phone: 281-277-7000 (030)
Fax: 281-566-8111

**Jester IV
Psychiatric Unit**
Leonard Echessa
4 Jester Rd
Richmond TX 77406
Phone: 281-277-3700 (033)
Fax: 281-243-8317

**Johnston SAFPF**
Sharon Johnson
703 Airport Rd
Winnsboro TX 75494
Phone: 903-342-6166
Fax: 903-342-4487

**Jordan Unit**
Norris Jackson
1992 Hilton Rd
Pampa TX 79065
Phone: 806-665-7070 (056)
Fax: 806-661-4407

**Kegans State Jail**
Troy Simpson
707 Top St
Houston TX 77002
Phone: 713-224-6584
Fax: 713-238-6710

**LeBlanc Unit**
Alphonso James Jr.
3695 FM 3514
Beaumont TX 77705
Phone: 409-724-1515 (076)
Fax: 409-626-3678

**Lewis Unit**
Tommie Haynes
777 FM 3497
Woodville TX 75990
Phone: 409-283-8181 (040)
Fax: 409-283-6390

**Lopez State Jail**
Philip Rodriguez
1203 El Cibolo Rd
Edinburg TX 78542
Phone: 956-316-3810 (103)
Fax: 956-316-7447

**Luther Unit**
Bryan Gordy
1800 Luther Dr
Navasota TX 77868
Phone: 936-825-7547 (029)
Fax: 936-870-3373

**Lychner State Jail**
Troy Simpson
2350 Atascocita Rd
Humble TX 77396
Phone: 281-454-5036 (100)
Fax: 281-459-7261

**Lynaugh Unit**
Glen Whitfield
1098 S Highway 2037
Fort Stockton TX 79735
Phone: 432-395-2938 (073)
Fax: 432-395-1076

**Marlin Transfer Facility**
Linda Gonzales
2893 State Highway 6
Marlin TX 76661
Phone: 254-883-3858 (064)
Fax: 254-883-3065

**McConnell Unit**
Gary Currie
3001 S Emily Dr
Beeville TX 78102
Phone: 361-362-2300 (048)
Fax: 361-362-3011

**Michael Unit**
Todd Foxworth
2664 FM 2054
Tennessee Colony TX 75886
Phone: 903-928-2311 (036)
Fax: 903-928-3419

**Middleton
Transfer Facility**
Rocky Moore
13055 FM 3522
Abilene TX 79601
Phone: 325-548-9075 (093)
Fax: 325-548-9033

**Montford
Psychiatric Unit**
Robert Stevens
8602 Peach St
Lubbock TX 79404
Phone: 806-745-1021 (090)
Fax: 806-474-1802

**Mountain View Unit**
Melodye Nelson
2305 Ransom Rd
Gatesville TX 76528
Phone: 254-865-7226 (016)
Fax: 254-248-3259

**Murray Unit**
Judy Scott
1916 N. Highway 36
Bypass
Gatesville TX 76596
Phone: 254-865-2000 (105)
Fax: 254-248-3866

**Neal Unit**
Jamie Baker
9055 Spur 591
Amarillo TX 79107
Phone: 806-383-1175 (070)
Fax: 806-381-5052

**Ney State Jail**
Joseph Wilson
114 Private Rd 4303
Hondo TX 78861
Phone: 830-426-8030 (085)
Fax: 830-426-6853

**Pack Unit**
Robert Herrera
2400 Wallace Pack Rd
Navasota TX 77868
Phone: 936-825-3728 (026)
Fax: 936-825-6035

**Plane State Jail**
Octavious Black
904 FM 686
Dayton TX 77535
Phone: 936-258-2476 (101)
Fax: 936-257-4449

**Polunsky Unit**
Gary Hunter
3872 FM 350 S
Livingston TX 77351
Phone: 936-967-8082 (054)
Fax: 936-967-6011

**Powledge Unit**
Kevin Wheat
1400 FM 3452
Palestine TX 75803
Phone: 903-723-5074 (028)
Fax: 903-723-6017

**Ramsey Unit**
James Mossbarger
1100 FM 655
Rosharon TX 77583
Phone: 281-595-3491 (017)
Fax: 281-595-4035

**Roach Unit**
[Roach Boot Camp (C1)]
[Roach Work Camp (W9)]
Terry Tucker
15845 FM 164
Childress TX 79201
Phone: 940-937-6364 (050)
Fax: 940-937-1015

**Robertson Unit**
Eddie Wheeler
12071 FM 3522
Abilene TX 79601
Phone: 325-548-9035 (047)
Fax: 325-548-9031

**Rudd Transfer Facility**
Jimmy Smith
2004 Lamesa Hwy
Brownfield TX 79316
Phone: 806-637-4470 (081)
Fax: 806-637-7283

**Sanchez State Jail**
Joel Barbosa
3901 State Jail Rd
El Paso TX 79938
Phone: 915-856-0046 (108)
Fax: 915-849-4795

**San Saba
Transfer Facility**
Debbie Erwin
206 S Wallace Creek Rd
San Saba TX 76877
Phone: 325-372-4255
Fax: 325-372-4258

**Sayle SAFPF**
Edward Pharr
4176 FM 1800
Breckenridge TX 76424
Phone: 254-559-1581 (080)
Fax: 254-559-7886

**Scott Unit**
Herman Weston
6999 Retrieve
Angleton TX 77515
Phone: 979-849-9306 (019)
Fax: 979-848-5137

**Segovia Unit**
Philip Rodriguez
1201 East El Cibolo Rd
Edinburg TX 78542
Phone: 956-316-2400 (078)
Fax: 956-380-8653

**Skyview
Psychiatric Unit**
Edgar Baker
379 FM 2972 W
Rusk TX 75785
Phone: 903-683-5781 (034)
Fax: 903-683-8911

**Smith Unit**
Steven Swift
1313 County Road 19
Lamesa TX 79331-1898
Phone: 806-872-6741 (053)
Fax: 806-872-1311

**Stevenson Unit**
Ronald Fox
1525 FM 766
Cuero TX 77954
Phone: 361-275-2075 (071)
Fax: 361-275-5068

**Stiles Unit**
Michael Roesler
3060 FM 3514
Beaumont TX 77705
Phone: 409-722-5255 (049)
Fax: 409-719-4159

**Stringfellow Unit**
Frankie Reescano
1200 FM 655
Rosharon TX 77583
Phone: 281-595-3413 (018)
Fax: 281-595-4048

**Telford Unit**
Dawn Grounds
3899 State Highway 98
New Boston TX 75570
Phone: 903-628-3171 (067)
Fax: 903-628-7316

**Terrell Unit**
Roger Pawelek
1300 FM 655
Rosharon TX 77583
Phone: 281-595-3481 (027)
Fax: 281-595-4069

**Travis County
State Jail**
Kenneth Gaston
8101 FM 969
Austin TX 78724
Phone: 512-926-4482
Fax: 512-228-5223

**Torres Unit**
Joseph Wilson
125 Private Road 4303
Hondo TX 78861
Phone: 830-426-5325 (055)
Fax: 830-426-6386

**Tulia Transfer Facility**
Jeffery Catoe
4000 Highway 86 W
Tulia TX 79088
Phone: 806-995-4109 (066)
Fax: 806- 995-2926

**Vance Unit**
Monty Hudspeth
2 Jester Rd
Richmond TX 77406
Phone: 281-277-3030 (014)
Fax: 281-566-8111

**Wallace Unit**
[San Angelo (W3)]
[Big Spring (W4)]
[Sweetwater (W8)]
Paul Sloan
1675 S FM 3525
Colorado City TX 79512
Phone: 325-728-2162 (074)
Fax: 325-728-1309

**Ware Transfer Facility**
Paul Sloan
1681 S FM 3525
Colorado City TX 79512
Phone: 325-728-2162 (104)
Fax: 325-728-1505

**West Texas Regional Medical Facility**
Robert Stevens
8602 Peach Street
Lubbock TX 79404
Phone: 806-745-1021 (090)
Fax: 806-474-1809

**Wheeler State Jail**
Charles McDuffie
986 County Road AA
Plainview TX 79072
Phone: 806-293-1081 (087)
Fax: 806-293-6605

**Woodman State Jail**
Debra Pelayo
1210 Corell Rd
Gatesville TX 76528
Phone: 254-865-9398 (107)
Fax: 254-865-1028

**Wynne Unit**
Billy Hirsch
810 FM 2821
Huntsville TX 77349
Phone: 936-295-9126 (020)
Fax: 936-436-4888

**Carole S. Young Medical Facility**
Texas City Women's Shelter
Don Bosco
5509 Attwater Ave
Dickinson TX 77539
Phone: 409-948-0001 (129)
Fax: 409-645-7669

## Parole Facility

**Baten ISF**
Norris Jackson
1995 Helton Rd
Pampa TX 79065
Phone: 806-665-7070
Fax: 806-665-3219

## Private Prisons

**Bridgeport Private Prison**
David McComis
4000 N 10th St
Bridgeport, TX 76426
Phone: 940-683-3010 (674)
Fax: 940-683-3094

**Cleveland Private Prison**
Virgil Jordan
PO Box 1678
Cleveland TX 77328
Phone: 281-592-9559 (671)
Fax: 281-592-9552

**Diboll Private Prison**
David Driskell
1604 S First St
Diboll TX 75941
Phone: 936-829-2295 (112)
Fax: 936-829-2296

**Estes Private Prison**
Stephen McAdams
1100 Highway 1807
Venus TX 76084
Phone: 972-366-3334 (670)
Fax: 972-366-3255

**Kyle Private Prison**
Greg Shirley
23001 Interstate 35
Kyle TX 78640
Phone: 512-268-0079 (633)
Fax: 512-268-0366

**Lockhart Private Prison**
Bob White
PO Box 1170
Lockhart TX 78644
Phone: 512-398-3480 (109)
Fax: 512-398-4551

**Moore, B. Private Prison**
Debbie Ruthven
8500 N FM 3053
Overton TX 75684
Phone: 903-834-6186
Fax: 903-834-6576

## Private State Jails

**Bartlett Private State Jail**
Eduardo Carmona
1018 Arnold Dr
Bartlett TX 76511
Phone: 254-527-3300
Fax: 254-527-4489

**Bradshaw Private State Jail**
Robert Shaw
PO Box 9000
Henderson TX 75653
Phone: 903-655-0880
Fax: 903-655-0500

**Dawson Private State Jail**
Michael Phillips
PO Box 650051
Dallas TX 75265
Phone: 214-744-4422
Fax: 214-744-3113

**Lindsey Private State Jail**
Mary Brandin
1620 Old Post Oak Rd
Jacksboro TX 76458
Phone: 940-567-2272
Fax: 940-567-2292

**Willacy Co. Private State Jail**
Orlando Perez
1695 S Buffalo Drive
Raymondville TX 78580
Phone: 956-689-4900
Fax: 956-689-4001

## Multi-Use Facilities Privately Operated

**East Texas Treatment Facility**
Michael Bell
900 Industrial Dr
Henderson TX 75652
Phone: 903-655-3300
Fax: 888-846-8679

## Pre-Parole Transfer Facility (PPT) – Private Operated

**Bridgeport Unit PPT**
Jaquelyn Banks
Corrections Corp of America
222 Lake Rd
Bridgeport TX 76426
Phone: 940-683-2162
Fax: 940-683-5880

**Mineral Wells Unit PPT**
Cole McKennon
Corrections Corp of America
759 Heintzelman Rd
Minerals Wells TX 76067
Phone: 940-325-6933
Fax: 940-325-1917

**Lockhart Work Facility**
Bob White
PO Box 1170
Lockhart TX 78644
Phone: 512-398-3480
Fax: 512-398-4551

## Support Operations

Michael Upshaw
PO Box 99
Huntsville Texas 77342
Phone: 936-437-8702
Fax: 936-437-8724

**Classification & Records**
Joni White
PO Box 99
Huntsville TX 77342
Phone: 936-437-6231
Fax: 936-437-6276

**Laundry, Food and Supply**
Ron Hudson
2503 Lake Road, Ste 6
Huntsville TX 77340
Phone: 936-437-8310
Fax: 325-223-0290

**Offender Transportation**
Kyle Coston
PO Box 99
Huntsville TX 77342
Phone: 936-293-4141
Fax: 936-293-3187

**Counsel Substitute**
Mary Ann Comstock
PO Box 99
Huntsville TX 77342
Phone: 936-437-6530
Fax: 936-437-6511

**Mail Systems Coordinators Panel**
Jennifer Smith
PO Box 99
Huntsville TX 77342
Phone: 936-437-6908
Fax: 936-437-6994

**Office for Disciplinary Coordination**
Ivory Rattiff
PO Box 99
Huntsville TX 77342
Phone: 936-437-6536
Fax: 936-437-6199

## Health Services

Lannette Linthicum, MD
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3542
Fax: 936-437-3541

Robert Williams, MD
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3535
Fax: 936-437-3166

**Administration/Nursing**
George Crippen, RN, MSN, PhDc
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3531
Fax: 936-437-3591

**Health Services Liaison**
Phyllis McWhorter, RN
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3589
Fax: 936-437-3599

**Mental Health Services Monitoring & Liaison**
James Montross, Ph.D.
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3092
Fax: 936-437-3572

**Grievance and Patient Liaison Programs**
Myra Walker, RN, BSN
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3003
Fax: 936-437-3659

**Public Health**
Chris Black-Edwards, RN, BSN
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3528
Fax: 936-437-3572

**Dental Services**
Manuel Hirsch
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3092
Fax: 936-437-3572

**Specialty Monitoring**
Chris Black-Edwards, RN, BSN
Two Financial Plaza, Ste 625
Huntsville TX 77340
Phone: 936-437-3528
Fax: 936-437-3572

**Health Services Monitoring**
Paula Reed, RN
Two Financial Plaza, Ste 625
Huntsville, TX 77340
Phone: 936-437-3587
Fax: 936-437-3576

## Human Resources

Jan Thornton
2 Financial Plaza, Ste #600
Huntsville TX 77340-3561
Phone: 936-437-4020
Fax: 936-437-4068

### Employee Relations

Eve Shelly
2 Financial Plaza, Ste 600
Huntsville TX 77340
Phone: 936-437-3123
Fax: 936-437-4010

**EEO/Labor Relation**
Michael Supko
2 Financial Plaza, Ste 600
Huntsville TX 77340-3561
Phone: 936-437-3137
Fax: 936-437-3105

Marylan Thomas
2 Financial Plaza, Ste 600
Huntsville TX 77340
Phone: 936-437-4041
Fax: 936-437-4010

### Employment & Support Services

Patty Garcia
2 Financial Plaza Ste 600
Huntsville TX 77340
Phone: 936-437-4136
Fax: 936-437-4066

**Administrative Support**
John Dunphy
2 Financial Plaza Ste 600
Huntsville TX 77340
Phone: 936-437-3175
Fax: 936-437-4083

**Employee Services**
Nancye Gardner
2 Financial Plaza, Ste 600
Huntsville TX 77340
Phone:  936-437-4064
Fax:  936-437-4140

**Employment**
Paula Gilbert
2 Financial Plaza, Ste 600
Huntsville TX 77340
Phone:  936-437-4060
Fax:  936-437-3111

**Staff Development**
Tammy Bybee
2 Financial Plaza, Ste 600
Huntsville TX 77340
Phone:  936-437-3151
Fax:  936-437-4010

**Region I, Huntsville**
Lynn Stubblefield
1225 Avenue G
Huntsville TX 77340
Phone:  936-437-1796
Fax:  936-437-1988

**Region II, Tennessee Colony**
Jean McKellar
PO Box 400
Tennessee Colony TX 75861
Phone:  903-928-0183
Fax:  903-928-3293

**Region III, Rosharon**
Rhonda Shed
400 Darrington Rd
Rosharon TX 77583
Phone:  281-369-3736
Fax:  281-369-3542

**Region IV, Beeville**
Isabel Garza
965 Ofstie
Beeville TX 78102
Phone:  361-362-6389
Fax:  361-358-6232

**Region V, Plainview**
Belinda Gentry
304 W 6th St
Plainview TX 79072
Phone:  806-296-4500
Fax:  806-296-4522

**Region VI, Austin**
Kim Garner
Region VI, Satellite Bldg
1500 State School Rd
Gatesville TX 76598
Phone: 254-865-8901
Fax: 254-865-6687

**Region VII, Parole**
Cathy Blanchard
8610 Shoal Creek Blvd
Rm #7-276
Austin TX 78757
Phone:  512-406-5713
Fax:  512-406-5260

## Office of General Counsel

Sharon Felfe Howell
PO Box 13084, Capitol Station
Austin TX 78711
Phone:
Austin: 512- 463-9693
Huntsville: 936-437-2141
Fax: 936-437- 6994

**Deputy General Counsel**
Michael McManus
PO Box 4004
Huntsville TX 77342
Phone: 936-437-2140
Fax: 936-437-6994

**Legal Affairs**
Carla Willis
PO Box 4004
Huntsville TX 77342
Phone: 936-437-6005
Fax: 936-437-6994

**Litigation Support**
Cynthia Milne
PO Box 13084
Capitol Station
Austin Tx 78711
Phone: 512-463-9559
Fax: 512-936-2159

**Program Administration**
Thomas Warren
PO Box 4004
Huntsville TX 77342
Phone: 936-437-2134
Fax: 936-437-6994

## Parole

Stuart Jenkins
8610 Shoal Creek Blvd
Austin TX 78757
Phone: 512-406-5401
Fax: 512-406-5858

**Support Operations**
DeDe Johnson
8610 Shoal Creek Blvd
Austin TX 78757
Phone: 512-406-5409
Fax: 512-406-5858

**Field Operations**
Pamela Thielke
8610 Shoal Creek Blvd
Austin TX 78757
Phone: 512-406-5404
Fax: 512-406-5858

**Review & Release Processing**
Christina Propes
8610 Shoal Creek Blvd
Austin TX 78757
Phone: 512-406-5449
Fax: 512-406-5294

**Huntsville Placement and Release Unit**
Jennifer Robinson
1650 Seventh St
Huntsville TX 77320
Phone: 936-291-7583
Fax: 936-291-0409

**Warrants**
Tom Garey
8610 Shoal Creek Blvd
Austin TX 78757
Phone: 512-406-5398
Fax: 512-406-5355

**Specialized Programs**
Ervin Toliver
8610 Shoal Creek Blvd
Austin TX 78757
Phone:  512-406-5778
Fax:  512-459-4628

**Central Coordination Unit**
Jeremiah Tucker
8610 Shoal Creek Blvd
Austin TX 78757
Phone: 512-406-5327
Fax: 512-406-5718

**Central File Coordination Unit**
Christina Propes
8712 Shoal Creek Blvd
Austin Texas  78757
Phone: 512-406-5944
Fax: 512-459-4846

**Internal Review Training**
Ricardo Jimenez
8610 Shoal Creek Blvd
Austin TX  78757
Phone: 512-406-5508
Fax: 512-406-5894

**Interstate Compact Office**
Regina Grimes
8712 Shoal Creek Blvd
Ste 290
Austin TX 78757
Phone: 512-406-5990
Fax: 512-452-0469

**Parole Officer Training Academy**
Edward Almeida
957 Independence
Beeville TX. 78102
Phone: 361-362-6499
Fax: 361-362-6421

## District Parole Offices (DPO)

### REGION I

Ivy Anderson-York
3915 Market St
Tyler TX 75701
Phone: 903-581-8311
Fax: 903-939-8596

**Athens DPO**
807-C N Palestine
Athens TX 75751
Phone: 903-675-6722
Fax: 903-675-7918

**Beaumont DPO**
3375 Martin Luther King
Beaumont TX 77705
Phone: 409-835-9981
Fax: 409-832-8147

**Bryan DPO**
1700 G. Bush Dr E #150
College Station TX 77840
Phone: 979-693-4977
Fax: 979-693-3374

**Conroe DPO**
310 E Davis
Conroe TX 77301
Phone: 936-756-0420
Fax: 936-760-3390

**Greenville DPO**
2824 Terrell Rd, Ste 101
Greenville TX 75401
Phone: 903-455-6757
Fax: 903-454-7251

**Huntsville DPO**
2730 Aberdeen Dr
Huntsville TX 77340
Phone: 936-295-5217
Fax: 936-295-3620

**Longview DPO**
311-A N High St
Longview TX 75601
Phone: 903-758-0282
Fax: 903-758-2565

**Marshall DPO**
2304 E Travis
Marshall TX 75670
Phone: 903-938-1277
Fax: 903-938-6164

**Mt. Pleasant DPO**
204 S Van Buren
Mt Pleasant TX 75455
Phone: 903-572-1679
Fax: 903-572-2139

**Nacogdoches DPO**
1113 Industrial Blvd
Nacogdoches TX 75964
Phone: 936-569-6234
Fax: 936-560-2716

**Orange DPO**
851 Dal Sasso Dr
Orange TX 77630
Phone: 409-883-8953
Fax: 409-883-2516

**Paris DPO**
2673 N Main, Ste A
Paris TX 75460
Phone: 903-785-4492
Fax: 903-784-2056

**Texarkana DPO**
2601 Texas Blvd #100
Texarkana TX 75505
Phone: 903-793-8621
Fax: 903-792-2841

**Tyler DPO**
3915 Market St
Tyler TX 75701
Phone: 903-581-8311
Fax: 903-581-8016

## REGION II

Jacqueline A. Dickerson
1010 Cadiz, Ste 204B
Dallas TX 75215
Phone: 214-565-2606
Fax: 214-428-7316

**Dallas I DPO**
1010 Cadiz, Ste 105
Dallas TX 75215
Phone: 214-428-8338
Fax: 214-428-8350

**Dallas II DPO**
1135 S Jupiter Rd
Garland TX 75042
Phone: 972-272-9404
Fax: 972-272-6448

**Dallas III DPO**
1010 Cadiz, Ste 101A
Dallas TX 75215
Phone: 214-428-0901
Fax: 214-428-0899

**Dallas IV DPO**
2505 S Second Ave
Dallas TX 75210
Phone: 214-426-6694
Fax: 214-428-4722

**Dallas IV Satellite**
3330 S Lancaster Rd
Dallas TX 75216
Phone: 214-372-5849
Fax: 214-372-5741

**Dallas V DPO**
4535 Half Crown
Dallas TX 75237
Phone: 214-330-0800
Fax: 214-330-0203

**Denton DPO**
1117 Teasley Ln
Denton TX 76205
Phone: 940-566-1116
Fax: 940-565-6446

**Ft. Worth I DPO**
3628 McCart St
Ft. Worth TX 76110
Phone: 817-921-3537
Fax: 817-924-3412

**Ft. Worth II DPO**
3045 S Riverside
Ft Worth TX 76119
Phone: 817-536-1440
Fax: 817-534-1190

**Ft. Worth III DPO**
3916 NE  28th St
Ft Worth TX 76111
Phone: 817-831-3404
Fax: 817-831-6747

**Mineral Wells DPO**
P.O. Box 1345
Mineral Wells TX 76068
Phone: 940-325-7811
Fax: 940-325-9732

**Sherman DPO**
101 W Houston St
Sherman TX 75090
Phone: 903-868-2616
Fax: 903-893-1049

**Waxahachie DPO**
101 Westgate Dr
Waxahachie TX 75165
Phone: 972-938-2697
Fax: 972-938-2760

## REGION III

Gwen Macklin
10110 NW Freeway
Houston TX 77092
Phone:  713-685-7100
Fax:  713-685-7145

**Angleton DPO**
1212 N Velasco, Ste 103
Angleton TX 77515
Phone: 979-849-2461
Fax: 979-849-9279

**Dayton DPO**
204 FM 686
Dayton TX 77535
Phone: 936-258-3892
Fax: 936-258-5346

**Houston I DPO**
4949 W 34th, #115
Houston TX 77092
Phone: 713-956-1478
Fax: 713-686-6242

**Houston II DPO**
3322 Richmond Ave, 2nd Flr
Houston TX 77098
Phone: 713-521-0820
Fax: 713-528-1458

**Houston III DPO**
8345 Telephone Rd
Houston TX 77061
Phone: 713-644-0583
Fax: 713-643-9691

**Houston IV DPO**
5400 N Sam Houston Pkwy E
Houston TX 77032
Phone: 281-987-0001
Fax: 281-985-9118

**Houston V DPO**
2706 Cherrybrook Ln
Pasadena TX 77502
Phone: 713-941-8345
Fax: 713-941-4604

**Houston VI DPO**
10110 NW Freeway
Houston TX 77092
Phone: 713-685-7110
Fax: 713-685-7162

**Houston VII DPO**
2410 Hamilton St #100
Houston Texas 77004
Phone: 713-650-8429
Fax: 713-650-8782

**Rosenberg DPO**
925 Spur 10
Rosenberg TX 77471
Phone: 281-232-0334
Fax: 281-232-0140

**Webster DPO**
12454 Highway 3
Webster TX 77598
Phone: 281-212-8500
Fax: 281-218-6727

## REGION IV

Lana Rhodes
2902 NE Loop 410
San Antonio TX 78218
Phone: 210-564-3700
Fax: 210-564-3842

**Austin I DPO**
2101 E. Ben White Blvd #B
Austin TX 78741
Phone: 512-442-8367
Fax: 512-442-9353

**Austin II DPO**
1616 Headway Cir, 2nd Flr
Austin TX 78754
Phone: 512-339-9142
Fax: 512-873-8697

**Corpus Christi DPO**
5233 Interstate 37, Ste A-6
Corpus Christi TX 78408
Phone: 361-888-5769
Fax: 361-888-4407

**Del Rio DPO**
903 E 12th
Del Rio TX 78840
Phone: 830-775-4516
Fax: 830-774-0736

**Georgetown DPO**
40121 Industrial Park Cir
Georgetown TX 78626
Phone: 512-863-0756
Fax: 512-863-4574

**Harlingen DPO**
232 Hanmore Dr
Harlingen TX 78550
Phone: 956-428-0335
Fax: 956-428-2017

**Laredo DPO**
6020 McPherson Rd
Ste 6
Laredo TX 78041
Phone: 956-724-1933
Fax: 956-724-2146

**McAllen DPO**
1912 Beaumont St
McAllen TX 78501
Phone: 956-664-0250
Fax: 956-630-5214

**San Antonio I DPO**
2902 NE Loop 410
San Antonio TX 78218
Phone: 210-564-3700
Fax: 210-564-3844

**San Antonio II DPO**
2821 Guadalupe St
San Antonio TX 78207
Phone: 210-436-5885
Fax: 210-432-8660

**San Antonio Metro Parole Complex**
San Antonio I, San Antonio III,
San Antonio DRC
2902 NE Loop 410
San Antonio TX 78218
Phone: 210-564-3700
Fax: 210-564-3844 SA I
Fax: 210-564-3847 SA II
Fax: 210-564-3862 SA DRC

**Seguin DPO**
106 E Court St
Seguin TX 78155
Phone: 830-303-4906
Fax: 830-372-4945

**Temple DPO**
3606 Profit Place
Temple TX 76502
Phone: 254-933-0535
Fax: 254-939-5379

**Victoria DPO**
2002-B Commerce
Victoria TX 77901
Phone: 361-578-6022
Fax: 361-578-6402

**Waco DPO**
5401N. State Hwy 6
Waco, TX 76712
Phone: 254-848-2547
Fax: 254-848-2572

## REGION V

Joe Flores
516 Veterans Airpark Ln
PO Box 50548
Midland TX 79710
Phone: 432-683-6183
Fax: 432-684-4699

**Abilene DPO**
100 Chestnut, Ste 200
Abilene TX 79602
Phone: 325-672-1495
Fax: 325-676-2617

**Amarillo DPO**
5809 S Western, Ste 120
Amarillo TX 79110
Phone: 806-355-9218
Fax: 806-353-9572

**Big Spring DPO**
206 Owens St
Big Spring TX 79720
Phone: 432-263-8501
Fax: 432-263-8817

**Brownwood DPO**
907 Main St
Brownwood TX 76801
Phone: 325-646-0588
Fax: 325-646-0686

**El Paso DPO**
5929 Brook Hollow Dr
El Paso TX 79925
Phone: 915-778-4233
Fax: 915-778-4325

**El Paso II DPO**
15581 Horizon Blvd
Horizon City TX 79928
Phone: 915-852-7219
Fax: 915-852-6981

**Lubbock DPO**
409 50th St
Lubbock TX 79404
Phone: 806-747-8282
Fax: 806-747-8407

**Midland DPO**
516 Veterans Airpark Ln
PO Box 50548
Midland TX 79705
Phone: 432-684-4590
Fax: 432-684-6947

**Monahans DPO**
401 South Allen
Monahans TX 79756
Phone: 432-943-7254
Fax: 432-943-7397

**Odessa DPO**
3603 Andrews Hwy
Odessa TX 79762
Phone: 432-550-0131
Fax: 432-550-0912

**Plainview DPO**
701 Broadway, Ste 213
Plainview TX 79072
Phone: 806-293-5989
Fax: 806-293-9732

**San Angelo DPO**
938 Arroyo
San Angelo TX 76904
Phone: 325-947-8644
Fax: 325-947-8599

**Wichita Falls DPO**
3100 Seymour Hwy, Ste 118
Wichita Falls TX 76301
Phone: 940-322-2721
Fax: 940-766-4216

## District Reentry Centers

**Austin II DRC**
1616 Headway Cir, 2nd Flr
Austin TX 78754
Phone: 512-339-9142
Fax: 512-873-8697

**Beaumont DRC**
3375 MLK Pkwy, Ste 5
Beaumont TX 77705
Phone: 409-835-9981
Fax: 409-832-8147

**Corpus Christi DRC**
5233 Interstate 37, Ste A6
Corpus Christi TX 78408
Phone: 361-888-5769
Fax: 361-888-4407

**Dallas DRC**
1010 Cadiz, Ste 204, Bldg B
Dallas TX 75215
Phone: 214-426-5049
Fax: 214-426-0076

**El Paso DRC**
5929 Brookhollow Dr
El Paso TX 79925
Phone: 915-778-4233
Fax: 915-778-4325

**Ft. Worth DRC**
3628 McCart Ave
Ft. Worth TX 76110
Phone: 817-921-3537
Fax: 817-921-3412

**Houston I DRC**
4949 W 34th St, Ste 115
Houston TX 77092
Phone: 713-956-1478
Fax: 713-686-6242

**Houston VII DRC**
2410 Hamilton, Ste 100
Houston TX 77004
Phone: 713-650-8429
Fax: 713-650-8782

**Lubbock DRC**
409 50th St
Lubbock TX 79404
Phone:  806-747-8282
Fax:  806-747-8407

**San Antonio DRC**
2902 NE Loop 410
San Antonio TX 78218
Phone: 210-564-3700
Fax: 210-564-3847

**Waco DRC**
700 Austin Ave
Waco TX 76701
Phone: 254-757-3676
Fax: 254-757-1564

## Halfway House Facilities

**Austin Transition Center**
3154 E SH-71
Del Valle TX 78617
Phone: 512-386-5722
Fax: 512-386-5386

**Cornell Corrections/ Beaumont**
2495 Gulf St
Beaumont TX 77703
Phone: 409-832-6495
Fax: 409-832-0695

**Wayback House**
899 N Stemmons Fwy
Dallas TX 75207
Phone: 214-742-1971
Fax: 214-742-2668

**El Paso Facility**
1700 Horizon Blvd
El Paso TX 79927
Phone: 915-852-1505
Fax: 915-852-1508

**Ft. Worth Transitional Center**
600 North Henderson Ft
Ft. Worth, Texas 76107
Phone: 817-335-6053
Fax: 817-335-6628

**Southeast Texas Transitional Center**
10950 Beaumont Hwy
Houston TX 77078
Phone: 713-351-1500
Fax: 713-671-4352

## Intermediate Sanction Facilities (ISFs)

**South Texas ISF**
Lepher Jenkins
1511 Preston
Houston TX 77002
Phone: 713-223-0601
Fax: 713-223-5930

**West Texas ISF**
Susan Payne
2002 Lamesa Hwy
Brownfield, TX 79316
Phone: 806-637-4032
Fax: 806-637-4471

## Pre-Revocation Units (PRTU)

**Dallas I PRTU**
1010 Cadiz, Ste 105
Dallas, TX 75215
Phone: 214-428-8338
Fax: 214-428-8337

**Houston PRTU**
10110 NW Freeway
Houston TX 77092
Phone:  713-685-7100
Fax:  713-685-7135

**Austin I PRTU**
2101 E Ben White Blvd #B
Austin TX 78741
Phone: 512-707-7242
Fax: 512-707-7465

**San Antonio PRTU**
2902 NE Loop 410
San Antonio, TX 78218
Phone: 210-564-3700
Fax: 210-564-3845

## Private Facility Contract Monitoring/ Oversight

Celeste Byrne
West Hill Mall
Two Financial Plaza, Ste 300
Huntsville TX 77340
Phone: 936-437-2810
Fax: 936-437-2873

-vacant-
West Hill Mall
Two Financial Plaza, Ste 300
Huntsville TX 77340
Phone: 936-437-2805
Fax: 936-437-2873

**Business Operations**
Allison Dunbar
West Hill Mall
Two Financial Plaza, Ste 300
Huntsville TX 77340
Phone: 936-437-2808
Fax: 936-437-2873

**Operations**
Grady Wallace
West Hill Mall
Two Financial Plaza, Ste 300
Huntsville TX 77340
Phone: 936-437-7172
Fax: 936-437-2873

**Programming**
Lisa Howard
4616 W Howard Ln, Ste 200
Austin TX 78728
Phone: 512-671-2506
Fax: 512-671-2544

## Public Information Office

Jason Clark
PO Box 99
Huntsville TX 77342
Phone: 936-437-6052
Fax: 936-437-6055

## Reentry and Integration Division

### Texas Correctional Office on Offenders with Medical or Mental Impairments

April Zamora
8712 Shoal Creek Blvd
Ste 280
Austin Tx 78757
Phone: 512-465-5100
Fax: 512-465-5116

BJ Wagner
8712 Shoal Creek Blvd,
Ste 280
Austin TX 78757
Phone: 512-465-5100
Fax: 512-465-5116

**Reentry**
Frances Gattis
2 Financial Plaza
Suite 650
Huntsville, TX 77340
Phone:  936 - 437-4558
Fax:    936 - 437-4214

**TCOOMMI**
Christopher Dickinson
8712 Shoal Creek Blvd
Ste 280
Austin Tx 78757
Phone: 512-465-5100
Fax: 512-465-5116

## Rehabilitation Programs Division

Madeline Ortiz
PO Box 99
Huntsville TX 77342
Phone: 936-437-2180
Fax: 936-437-6299

Becky Price
PO Box 99
Huntsville TX 77342
Phone: 936-437-2130
Fax: 936-437-6299

**Support Services**
Marvin Dunbar
PO Box 99
Huntsville TX 77342
Phone: 936-437-2130
Fax: 936-437-6299

**Clinical**
Geralyn Engman
PO Box 99
Huntsville TX 77342
Phone: 936-437-2130
Fax: 936-437-6299

**Operations**
Pam Carey
2 Financial Plaza, Ste 370
Huntsville TX 77340
Phone: 936-437-4965
Fax: 936-437-7077

**Chaplaincy – Operations**
Bill Pierce
Two Financial Plaza, Ste 472
Huntsville TX 77340
Phone: 936-437-3035
Fax:  936-437-3039

**Chaplaincy – Support**
Richard Lopez
Two Financial Plaza, Ste 472
Huntsville TX 77340
Phone: 936-437-3030
Fax:  936-437-3039

**Volunteer Services**
Stacie Woods
Two Financial Plaza, Ste 472
Huntsville TX 77340
Phone: 936-437-3027
Fax:  936-437-2852

**Programs Monitor**
Wanda Redding
PO Box 99
Huntsville TX 77340
Phone: 936-437-6407
Fax: 936-437-6299

**Rehabilitation Tier Tracking & Placement**
Rachel Alderete
2 Financial Plaza, Ste 370
Huntsville TX 77340
Phone: 936-437-7194
Fax: 936-437-7077

**Serious & Violent Offender Reentry Initiative**
Leonard Morgenstern
PO Box 99
Huntsville TX 77342
Phone: 936-291-4200,
ext. 4069
Fax: 936-291-2771

**Sex Offender Rehabilitation Treatment Program**
Joseph Bon-Jorno
2 Financial Plaza, Ste 370
Huntsville TX 77340
Phone: 936-437-2848
Fax: 936-437-7077

**Substance Abuse Treatment Program**
Pam Carey
2 Financial Plaza, Ste 370
Huntsville TX 77340
Phone: 936-437-2850
Fax: 936-437-7077

**Youthful Offender Program**
Stacy Rhodes
11034 Highway 36
Brazoria TX 77422
Phone: 979-798-2188, ext. 1320
Fax: 979-798-0383

## Victim Services

*Main Toll-Free Hotline*
800-848-4284

Angela McCown
8712 Shoal Creek Blvd
Ste 265
Austin TX 78757
Phone: 512-406-5917
Fax:  512-452-1025

Mark Odom
8712 Shoal Creek Blvd
Ste 265
Austin TX 78757
Phone: 512-406-5923
Fax:  512-452-1025

**Victim Notification**
Loree England
8712 Shoal Creek Blvd
Ste 265
Austin TX 78757
Phone:  512-406-5918
Fax:  512-452-1025

**Programs/ Victim Offender Mediation/Dialogue Program**
Gene Stewart
8712 Shoal Creek Blvd
Ste 265
Austin TX 78757
Phone: 512-406-5933
Fax: 512-452-1025

**Special Projects**
Brooke Ellison
8712 Shoal Creek Blvd
Ste 265
Austin TX 78757
Phone: 512-406-5920
Fax: 512-452-1025

**Texas Crime Victim Clearinghouse**
Erica Linneman
8712 Shoal Creek Blvd,
Ste 265
Austin TX 78757
Phone:  512-406-5915
Fax:  512-452-1025



# NAME INDEX



## A

Alderete, Rachel ..................... 17
Alford, Richard .........................7
Almeida, Edward.....................13
Andersen, Jene ........................7
Anderson, Charlotte ...............6
Anderson-York, Ivy ............... 13
Arneson, Lynn ..........................7
Arnold, Norvel...........................8
Artherholt, Julie ......................6

## B

Baggett, Pamela ......................9
Bailey, Russell ..........................5
Bailey, Tracy.............................8
Baker, Edgar.........................9, 10
Baker, Jamie ......................... 10
Bales, Ralph.............................4
Baldwin, Jeff ............................6
Banks, Jaquelyn......................11
Barbosa, Joel..........................10
Beardsley, Melissa...................5
Beaty, Carie .............................6
Bell, Charles ............................8
Bell, Kathryn............................5
Bell, Michael .......................... 11
Bell, Mike .................................6
Bell, Oliver J. ...........................4
Bickford, Cathy........................6
Bickham, Phillip ......................8
Black-Edwards, Chris ........... 12
Black, Octavious...............9, 10
Blackwell, Davis.......................9
Blanchard, Cathy .................. 13
Bon-Jorno, Joseph................. 17
Booker, Debra S.......................5
Bosco, Don ........................9, 11
Brackett, Lynda ......................4
Brandin, Mary ....................... 11
Brewer, Melinda .....................6
Bright, Kenneth .......................8
Brothers, Rudolph ..................4
Buttitta, Joseph ......................4
Bybee, Tammy........................12

## C

Byrne, Celeste ...................... 16
Byrne, Dan................................6

Campbell, Kevin ......................7
Carey, Pam............................. 17
Carmona, Eduardo ............... 11
Carmona, Loretta....................8
Carter, Christopher.................8
Casanova, Veronica.................4
Catoe, Jeffery........................ 10
Cirrito, Christopher .................4
Clark, Jason ........................... 16
Collier, Bryan ..........................5
Comstock, Mary Ann........... 12
Coston, Kyle ......................... 12
Corley, Barbara ......................4
Crippen, George ................... 12
Currie, Gary .............................9

## D

Davis, Lorie...............................7
Dean, Kenneth.........................9
DeBose, Susan .........................6
Demny, Matthew.....................7
Dickinson, Christopher........ 17
Dickerson, Jacqueline A ..... 14
Driskell, David ...................... 11
Dunbar, Allison......................16
Dunbar, Marvin ..................... 17
Dunphy, John.........................12

## E

Eason, Robert .........................7
Echessa, Leonard ...................9
Edmiston, Robert ....................4
Edwards, Terry.........................7
Ellison, Brooke ...................... 17
Engman, Geralyn ................. 17
Erwin, Debbie ....................... 10
Espinoza, Nancy .....................7
Evans, Barbara ........................7

## F

Felfe Howell, Sharon ........... 13
Fielder, John ............................6
Flores, Joe.............................. 15
Forrester, Kelli .........................9
Fox, Ronald............................10
Foxworth, Todd .......................9

## G

Gambrell, John "Eric".............4
Garcia, Patty ......................... 12
Gardner, Nancye ...................12
Garey, Tom ............................ 13
Garner, Kim .......................... 13
Garza, Emil...............................7
Garza, Isabel ......................... 12
Gaskins, Sheila.........................5
Gaston, Kenneth ................... 10
Gattis, Frances ...................... 16
Gentry, Belinda......................13
Ginsel, Cody ............................8
Goings, Reginald .....................9
Gonzales, Linda .......................9
Gordy, Bryan............................9
Greenfield, Norma ............... 15
Grimes, Joe...............................8
Grimes, Regina ..................... 13
Grounds, Dawn .................... 10
Guerrero, Eric ..........................8
Gunn, Jill .................................5
Gunnels, Richard......................9
Guterrez, Ernest Jr. ................8

## H

Hall, Karen ...............................6
Hall, Nancy ..............................5
Harris, Todd .............................8
Haynes, Tommie.......................9
Heaton, Jason ..........................8
Herrera, Robert ..................... 10
Hill, John ..................................7
Hirsch, Billy ........................... 11
Hirsch, Manuel ..................... 12

Hoke, Frank .............................5
Holdenried, Jerry .....................6
Hornung, Scott ........................4
Howard, Lisa ......................... 16
Howell, Edward ........................8
Howell, Sharon........................13
Hudson, Ron .........................12
Hudspeth, Monty .............9, 10
Hunter, Gary ......................... 10
Hurn, Andrew ..........................6

## I

Inmon, Frank ...........................5
Isbell, Glenn ............................5
Ivey, Patrick .......................... 13

## J

Jackson, Norris....................9, 11
James Jr., Alphonso..................9
Jenkins, Lepher......................16
Jenkins, Stuart ..................... 13
Jimenez, Ricardo .................. 13
Johnson, DeDe .................... 13
Johnson, Sharon......................9
Johnston, Eric..........................5
Jones, James ...........................9
Jones, Mark .............................8
Jordan, Virgil ......................... 11
Justice, Linda......................... 13

## K

Kersh, Shannon .......................5
Kim, Douglas ...........................4
Koenig, Sherry .........................5
Kroll, Gene...............................8

## L

Lacour, Brian ...........................4
Lewis, Billy ...............................9
Lewis, Jill..................................6
Linneman, Erica.....................17
Linthicum, Lannette ...........12

Livingston, Brad .........................5
Lopez, Richard .........................17
Lord, Janice Harris ...................4
Lumpkin, Bobby......................6

## M

Macklin, Gwen .........................14
Martin, Barry .........................8
Martin, Joey .........................7
Martinez, Miguel.....................8
McAdams, Stephen...............11
McCombs, R. Terrell..............4
McComis, David ....................11
McCown, Angela...................17
McDuffie, Charles ...........8, 11
McGinty, Jerry .......................5
McHargue, Kathy ...................5
McKellar, Jean.....................12
McKennon, Cole....................11
McMahon, Pam.....................4
McManus, Michael .............13
McWhorter, Phyllis ............12
Mechler, Tom.........................4
Mendoza, Oscar ...................5
Miles, Joe...............................6
Miller, Steven.........................8
Milne, Cynthia......................13
Montross, James ..................12
Moore, Joni............................4
Moore, Rocky.........................9
Morales, Paul ........................7
Morgenstern, Leonard..........17
Morris, Richard......................8
Moss, Kirk..............................5
Mossbarger, James...............10
Murphy, Sandy ......................5

## N

Navarrete, Sonia.....................4
Nash, Ken...............................4
Neely, Melvin.........................6
Nelson, J. David .....................4
Nelson, Melodye...............9,10

## O

Odom, Mark ..........................17
O'Hare, Tony ..........................7
Ortiz, Madeline.....................17

## P

Pacher, Darin .........................6
Pawalek, Roger .....................10
Payne, Susan .......................16
Peralta, Jesus Manuel............8
Perez, Orlando .....................11
Pharr, Edward .......................10
Phillips, Michael ..................11
Pierce, Bill ...........................17
Pilgrim Melinda.......................4
Plattenburg, Rosie .................7
Pool, Beki ..............................7
Prestwood, Karen ..................6
Price, Becky .........................17
Pringle, Jeffery .......................9
Propes, Christina..................13

## QR

Ratiff, Ivory ..........................12
Rawlinson, JoAnn ..................6
Redding, Wanda...................17
Reed, Paula ..........................12
Reescano, Frankie................10
Rhodes, Stacy.......................17
Roberts, Marcia......................7
Robinson, Jennifer ..............13
Rodriguez, Manny .................7
Rodriguez, Philip................9,10
Roesler, Michael ..................10
Rupert, John ..........................8
Ruthven, Debbie..................11

## S

Schultz, Sharon......................5
Scott, Judy...........................10
Scott, Kelvin...........................7
Seale, Samuel ........................8
Sharpe, Lynne ........................7
Shaw, Robert ........................11
Shed, Rhonda........................12
Shelly, Eve.............................12

Shirley, Greg ..........................11
Simpson, Troy ........................9
Sloan, Paul............................11
Smith, Jennifer .....................12
Smith, Jimmy .......................10
Sperry, Steven........................9
Steffa, Ron ............................9
Stephens, William ..................7
Stevens, Robert...............10, 11
Stewart, Gene .......................17
Strong, Kelly...........................9
Stubblefield, Lynn .................12
Supko, Michael ....................12
Swift, Steven .........................10

## T

Thielke, Pamela ....................13
Thomas, Marylan .................12
Thornton, Jan .......................12
Tilley, Cynthia..........................8
Toliver, Ervin ........................13
Toney, Bruce ..........................4
Tucker, Jeremiah..................13
Tucker, Terry..........................10
Turner-Parker, Bobbie ............5

## U V

Upshaw, Michael ..................11
Vasquez III, Leopoldo ............4
Vian, Thomas..........................6
Villanueva-Hiles, Carmen ........4
Vondra, Charles.......................8

## W

Wagner, BJ ...........................17
Walker, Myra .......................12
Wallace, Grady .....................16
Wallace, Shawn ......................6
Warren, Thomas ...................13
Warren, Robert.......................5
Wathen, Richard.....................8
Welebob, Carey ......................7
Werner, John ..........................8
West, John .............................4
Weston, Herman...................10
Wheat, Kevin........................10

Wheeler, Eddie......................10
Willis, Carla...........................13
White, Bob............................11
White, Joni ...........................11
Whitecotton, Michelle ...........6
Whitfield, Glen ....................8,9
Williams, Robert ..................12
Wilson, Joseph .....................10
Woods, Stacie.......................17

## XYZ

Zamora, April ........................16



Texas Department of Criminal Justice

Media Services

**Send Directory updates to:**
jeff.linderman@tdcj.state.tx.us