IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **Ashley Adams., et al** § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | | Civil Action No. 3:13-cv-217 |
| § | | |
| **Brad Livingston, et al** § | | |
| *Defendants*. § | | |

**CERTIFICATE OF INTERESTED PERSONS**

**TO THE HONORABLE JUDGE OF SAID COURT**:

NOW COMES Defendants Eason, Miller and TDCJ and certifies the following persons/entities as having an interest in the outcome of this litigation as ordered by this Court:

1. Ashley Adams, Individually and
   as the representative of the Estate
   of Rodney Gerald Adams
   c/o Jeffrey S. Edwards
   Scott Charles Medlock
   The Edwards Law Firm
   1101 East 11th Street
   Austin, TX 78702

2. Wanda Adams
   c/o Jeffrey S. Edwards
   Scott Charles Medlock
   The Edwards Law Firm
   1101 East 11th Street
   Austin, TX 78702

3. Carlette Hunter James, Individually
   and as heir-in-law to the Estate of
   Kenneth Wayne James
   c/o Jeffrey S. Edwards
   Scott Charles Medlock
   The Edwards Law Firm
   1101 East 11th Street
   Austin, TX 78702

4. Krystal James, Individually and as heir-in-law to the Estate of Kenneth Wayne James
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

5. Kristy James, Individually and as heir-in-law to the Estate of Kenneth Wayne James
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

6. Kendrick James, Individually and as heir-in-law to the Estate of Kenneth Wayne James
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

7. Arlette James, Individually and as heir-in-law to the Estate of Kenneth Wayne James
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

8. Jonathan James, Individually and as heir-in-law to the Estate of Kenneth Wayne James
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

9. Kenneth Evans Individually and
as heir-in-law to the Estate of
Kenneth Wayne James
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

10. Mary Lou James
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

11. Cade Hudson, Individually and
as the representative of the Estate
of Douglas Hudson
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

12. Estate of Rodney Gerald Adams
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

13. Estate of Kenneth Wayne James
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

14. Estate of Douglas Hudson
c/o Jeffrey S. Edwards
Scott Charles Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

15. Brad Livingston, Individually and
    in his official capacity
    c/o Demetri Anastasiadis
    Office of the Attorney General
    P.O. Box 12548
    Austin, TX 78711-2548

16. Rick Thaler
    c/o Demetri Anastasiadis
    Office of the Attorney General
    P.O. Box 12548
    Austin, TX 78711-2548

17. William Stephens
    c/o Demetri Anastasiadis
    Office of the Attorney General
    P.O. Box 12548
    Austin, TX 78711-2548

18. Robert Eason
    c/o Bruce R. Garcia
    Rachael Airen
    Office of the Attorney General
    P.O. Box 12548
    Austin, TX 78711-2548

19. Dennis Miller
    c/o Bruce R. Garcia
    Rachael Airen
    Office of the Attorney General
    P.O. Box 12548
    Austin, TX 78711-2548

20. Texas Department of Criminal Justice
    c/o Bruce R. Garcia
    Rachael Airen
    Office of the Attorney General
    P.O. Box 12548
    Austin, TX 78711-2548

21. Joe Oliver
    Nancy Betts
    L. Fields
    Robert Leonard

      Brandon Matthews
Debra Gilmore
Sarah Raines
Danny Washington
Matthew Seda
Tully Flowers
Doris Edwards
Linda McKnight
Revoyda Dodd
Reginald Goings
Owen Murray

All of the above listed individuals were named as defendants in Plaintiff's amended complaint filed on July 24, 2013. Since they are listed as defendants in their individual capacity, they all have an interest in this matter. Defendants are in the process of obtaining permission to represent these individuals and will file answers on behalf of those defendants in the next ten days.

22.    University of Texas Medical Branch
      c/o Kim J. Coogan
      Lacey E. Mase
      Office of the Attorney General
      P.O. Box 12548
      Austin, TX 78711-2548

                Respectfully submitted,

                **GREG ABBOTT**
                Attorney General of Texas

                **DANIEL T. HODGE**
                First Assistant Attorney General

                **DAVID C. MATTAX**
                Deputy Attorney General for Defense Litigation

                **KAREN D. MATLOCK**
                Chief, Law Enforcement Defense Division

                */s/ Bruce R. Garcia*
                **BRUCE R. GARCIA**
                Assistant Attorney General
                Attorney-in-charge
                State Bar No. 07631060
                Southern Bar 18934
                Attorney-in-charge

>RACHAEL AIREN
>Assistant Attorney General
>State Bar No. 24068148
>P. O. Box 12548, Capitol Station
>Austin, Texas 78711
>(512) 463-2080
>Fax No. (512) 495-9139
>
>**Attorneys for Defendants Eason, Miller and TDCJ**

## NOTICE OF ELECTRONIC FILING

I, **BRUCE R. GARCIA**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Defendants' Certificate of Interested Parties**. In accordance with the Electronic Case Files System of the Southern District of Texas, on this the 17th day of September, 2013.

>*/s/ Bruce R. Garcia*
>**BRUCE R. GARCIA**
>Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Certificate of Interested Parties** has been served electronically via *Southern District of TEXAS LIVE - Document Filing System*, to Plaintiffs' Lead Attorney, Jeff Edwards at **jeff@edwards-law.com,** Demetri Anastasiadis at demetri.anastasiadis@texasattorneygeneral.gov   And Defendant UTMB's Lead Attorney Kim Coogan at **kim.coogan@texasattorneygeneral.gov** on the 17th day of September, 2013

>*/s/ Bruce R. Garcia*
>**BRUCE R. GARCIA**
>Assistant Attorney General