IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **ASHLEY ADAMS,** *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-CV-217 |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
|     *Defendants*. | § | |

**CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES   Brad Livingston, William Stephens, and Rick Thaler, herein referenced as Defendants, and certifies the following persons/entities as having an interest in the outcome of this litigation as ordered by this Court:

1)     Texas Department of Criminal Justice
    P. O. Box 99
    Huntsville, Texas  77342

2)     Brad Livingston, Executive Director
    Texas Department of Criminal Justice
    P. O. Box 99
    Huntsville, Texas  77342

3)     William Stephens, Director
    Texas Department of Criminal Justice-CID
    P. O. Box 99
    Huntsville, Texas  77342

4)     Rick Thaler, Defendant
    *Retired*

5)     Demetri Anastasiadis, Attorney for Defendants
    Office of the Attorney General of Texas
    Law Enforcement Defense Division
    P.O. Box 12548, Capitol Station
    Austin, TX  78711

6) Office of the Texas Attorney General attorneys to the extent of fees, costs and expenses incurred in the litigation of this cause.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        DANIEL T. HODGE
        First Assistant Attorney General

        DAVID C. MATTAX
        Deputy Attorney General for Civil Litigation

        KAREN D. MATLOCK
        Assistant Attorney General
        Chief, Law Enforcement Defense Division

        /s/ Demetri Anastasiadis
        DEMETRI ANASTASIADIS
        Assistant Attorney General
        Attorney-In-Charge
        State Bar No. 01164480
        Southern District I.D. No. 9851

        Law Enforcement Defense Division
        P. O. Box 12548, Capitol Station
        Austin, Texas 78711
        (512) 463.2080 / (512) 495.9139 Fax

        **ATTORNEYS FOR DEFENDANTS**
        **BRAD LIVINGSTON, WILLIAM STEPHENS**
        **AND RICK THALER**

**NOTICE OF ELECTRONIC FILING**

I, DEMETRI ANASTASIADIS, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Certificate of Interested Persons**, in accordance with the Electronic Case Files system for the Southern District of Texas, on this the 17TH day of September, 2013.

/s/ Demetri Anastasiadis
DEMETRI ANASTASIADIS
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, DEMETRI ANASTASIADIS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Certificate of Interested Persons**, has been served electronically via the Electronic Case Files system of the Southern District of Texas, on this the 17th day of September, 2013, addressed to:

Jeff Edwards
Jeff@edwards-law.com

Scott Medlock
scott@texascivilrightsproject.org

Bruce Garcia
Bruce.Garcia@texasattorneygeneral.gov

Kim Coogan
Kim.Coogan@texasattorneygeneral.gov

/s/ Demetri Anastasiadis
DEMETRI ANASTASIADIS
Assistant Attorney General