IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; <br><br> CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRIK JAMES, ARLETT JAMES, JONATHAN JAMES, and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, <br><br> CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, <br><br> PLAINTIFFS, <br><br> v. <br><br> BRAD LIVINGSTON, individually and in his official capacity, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:13-cv-217 |

**ORDER**

After considering **Defendant Owen Murray's Motion to Dismiss** along with the other pleadings filed in this case, the court is of the opinion that the following order shall issue:

It is **ORDERED** that Defendant Murray's motion is **GRANTED**.

It is further **ORDERED** that any and all claims brought by Plaintiffs against Defendant Owen Murray are dismissed with prejudice and judgment is hereby rendered in favor of Defendant Murray. This order disposes of all claims against Defendants Owen Murray, and any relief not granted herein is specifically denied.

SIGNED on this the ____ day of _____, 2013.

_____
**GREGG COSTA**
**UNITED STATES DISTRICT JUDGE**