UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, et al. | § | |
| CARLETTE HUNTER JAMES, et al. | § | |
| CADE HUDSON | § | |
| PLAINTIFFS | § | CIVIL ACTION NO. 6:13-CV-712 |
| | § | JURY DEMANDED |
| v. | § | |
| | § | |
| BRAD LIVINGSTON, et al. | § | |
| DEFENDANTS | § | |

## NOTICE OF DEFENDANT UTMB'S INITIAL DISCLOSURES

Defendant University of Texas Medical Branch, through the Attorney General of the State of Texas, files this **notice of initial disclosures** to Plaintiffs, pursuant to FED. R. CIV. P. 26.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General
Assistant Attorney General
State Bar No. 00783867
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080/Fax (512) 495-9139
**ATTORNEYS FOR DEFENDANT**
**UNIVERSITY OF TEXAS MEDICAL BRANCH**

## NOTICE OF ELECTRONIC FILING

I, **KIM COOGAN**, Assistant Attorney General of Texas, certify that I have electronically submitted this **Notice of Defendant UTMB's Initial Disclosures** to the Court, on **October 2, 2013**, in **Eastern District of Texas, Tyler Division**.

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, certify that a true and correct copy of this **Notice of Defendant UTMB's Initial Disclosures** has been served by placing same in the United States Mail on **October 2, 2013**, addressed to:

| | |
|---|---|
| **Jeff Edwards**<br>**The Edwards Law Firm**<br>**1101 E. 11th Street**<br>**Austin TX  78702-1908** | Via CMRRR 7007 3020 0000 0972 5918 |
| **Scott Medlock**<br>**Texas Civil Rights Project**<br>**1405 Montopolis Drive**<br>**Austin TX  78741** | Via CMRRR 7007 3020 0000 0972 5925 |

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General