UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; <br><br> CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, <br><br> CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, <br>          PLAINTIFFS <br><br> v. <br> BRAD LIVINGSTON, individually and in his official capacity, JOE OLIVER, NANCY BETTS, L. FIELDS, JOHN DOE, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARAH RAINES, DANNY WASHINGTON, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, LINDA McKNIGHT, REVOYDA DODD, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, REGINALD GOINGS, and OWEN MURRAY in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH <br>          DEFENDANTS | CIVIL ACTION NO. <br> 6:13-CV-712 <br><br> JURY DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE SUR-REPLY TO DEFENDANT LIVINGSTON, THALER, AND STEPHENS' MOTION TO DISMISS**

Plaintiffs ask leave of the court to file this short sur-reply to address arguments raised in Livingston, Thaler, and Stephens' reply brief.

In their reply briefing, Livingston, Thaler, and Stephens advanced a new argument about a citation in Plaintiffs' response. Thus, Plaintiffs respectfully request leave to file a three-page sur-reply, which is attached as Exhibit A.

DATED: November 1, 2013.

>Respectfully submitted,
>
>The Edwards Law Firm
>The Haehnel Building
>1101 East 11th Street
>Austin, Texas 78702
>          Tel.    512-623-7727
>          Fax.    512-623-7729
>
>By      /s/ Jeff Edwards
>JEFF EDWARDS
>State Bar No. 24014406
>Lead Counsel
>Scott Medlock
>State Bar No. 24044783
>
>Brian McGiverin
>State Bar No. 24067760
>James C. Harrington
>State Bar No. 09048500
>
>TEXAS CIVIL RIGHTS PROJECT
>1405 Montopolis Drive
>Austin, TX 78741
>(512) 474-5073 [phone]
>(512) 474-0726 [fax]
>
>ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Eastern District of Texas.