UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; § § § § CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, § § § § § § § § § § § CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, § § PLAINTIFFS § § § § § § v. § BRAD LIVINGSTON, individually and in his official capacity, JOE OLIVER, NANCY BETTS, L. FIELDS, JOHN DOE, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARAH RAINES, DANNY WASHINGTON, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, LINDA McKNIGHT, REVOYDA DODD, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, REGINALD GOINGS, and OWEN MURRAY in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH § § § § § § § § § § § § § § § DEFENDANTS § | CIVIL ACTION NO. 6:13-CV-712 JURY DEMANDED |

**ORDER**

The Court, having considered Defendants Livingston, Thaler, and Stephens motion to stay discovery and objections to written discovery (Doc. 40, 42), Plaintiffs'

response, the arguments of counsel, and all other pleadings on file, hereby DENIES the motion in its entirety.

Date: _____, 2013.

_____
UNITED STATES DISTRICT JUDGE