IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS; and WANDA ADAMS, individually; | § § § § § | |
| CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES; KRISTY JAMES, KRYSTAL JAMES, KENDRIK JAMES, ARLETT JAMES, JONATHAN JAMES, and KENNETH EVANS, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and MARY LOU JAMES, individually, | § § § § § § § § § § | |
| CADE HUDSON, individually and as the representative of the Estate of DOUGLAS HUDSON, | § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | Civil Action No. 6:13-cv-712 |
| BRAD LIVINGSTON, individually and in his official capacity, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH, | § § § § § § § § | JURY DEMANDED |
| DEFENDANTS. | § | |

**DEFENDANTS OLIVER AND WASHINGSTON'S
AMENDED CERTIFICATE OF SERVICE FOR JURY DEMAND**

Defendants Oliver and Washington file the Amended Certificate of Service showing the correct party served.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

**KIM COOGAN**
Assistant Attorney General
Attorney-in-charge

*/s/ Lacey E. Mase*
**LACEY E. MASE**
Assistant Attorney General
State Bar No. 24074662

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/(512) 495-9139 Fax
lacey.mase@texasattorneygeneral.gov

**Attorneys for Defendants Oliver and Washington**

## NOTICE OF ELECTRONIC FILING

I, LACEY E. MASE, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing **Defendants Oliver and Washington's Amended Certificate of Service for the Jury Demand** in accordance with the Electronic Case Files System of the Eastern District of Texas, on March 21, 2014.

*/s/ Lacey E. Mase*
**LACEY E. MASE**
Assistant Attorney General

...

2

## CERTIFICATE OF SERVICE

I, LACEY E. MASE, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants Oliver and Washington's Amended Certificate of Service for the Jury Demand** has been served by placing same in the United States Mail, postage prepaid on March 21, 2014, addressed to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, TX 78702

Brian McGiverin
Texas Civil Rights Project
c/o TRLA
4920 N. IH35.
Austin, Texas  78751-2716

Bruce Garcia                (Via Hand-Delivery)
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

Demetri Anastasiadis        (Via Hand-Delivery)
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

/s/ *Lacey E. Mase*
**LACEY E. MASE**
Assistant Attorney General