

Fw: NEW NOA : Activity in Case 6:13-cv-00712-KNM Adams et al v. Livingston et al
Angel   to: TXE                                                                    07/16/2014 09:00 AM

From:   Angel
To:     TXE

Appeal#14-40756

Very Respectfully,

Angelique

----- Forwarded on 07/16/2014 08:59 AM -----

From:     CA5
To:       Angel
Date:     07/11/2014 03:54 PM
Subject:  NEW NOA : Activity in Case 6:13-cv-00712-KNM Adams et al v. Livingston  et al
Sent by:  Jann

----- Forwarded on 07/11/2014 03:54 PM -----

From:     txed
To:       txed
Date:     07/11/2014 03:14 PM
Subject:  Activity in Case 6:13-cv-00712-KNM Adams et al v. Livingston  et al

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Eastern District of TEXAS

## Notice of Electronic Filing

The following transaction was entered by Anastasiadis, Demetri on 7/11/2014 at 3:13 PM CDT and filed on 7/11/2014

| | |
|---|---|
| **Case Name:** | Adams et al v. Livingston et al |
| **Case Number:** | 6:13-cv-00712-KNM |
| **Filer:** | Brad Livingston<br>William Stephens<br>Rick Thaler |
| **Document Number:** | 77 |

**Docket Text:**
**NOTICE OF APPEAL by Brad Livingston, William Stephens, Rick Thaler. Filing fee $ 505, receipt number 0540-4741913. (Anastasiadis, Demetri)**

**6:13-cv-00712-KNM Notice has been electronically mailed to:**

Brian Rolland McGiverin

Bruce Russell Garcia

Calysta Lynn Lantiegne

Demetri Anastasiadis

Jeffrey Scott Edwards

Kim Johnston Coogan

Lacey Mase

Matthew James Greer

Maurice Lawrence Wells

Rachael Airen

Scott Medlock

Shanna Elizabeth Molinare

Wayne Nicholas Krause

**6:13-cv-00712-KNM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=7/11/2014]
[FileNumber=9060234-0
]
[a50614f3b375c45fbe255727a6d9617c79f7e74b29125d83ead8eccd60502287452
0c3a9737f03f9f2e71844e53ca7a5f3614e7bac07e6cb6060a955db35b84a]]