IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KEVIN WEBB, individually and as representative of the Estate of ROBERT ALLEN WEBB, et al., *Plaintiffs,* v. BRAD LIVINGSTON, et al. *Defendants*. | § § § § § § § § § | CIVIL ACTION NO. 6:13cv711 CONSOLIDATED ACTIONS |
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS, and WANDA ADAMS, individually, et al., *Plaintiffs,* v. BRAD LIVINGSTON, et al. *Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. 6:13cv712 |
| GWEN TOGONIDZE, as the next friend of J.T., a minor child and heir-at-law to the ESTATE OF ALEXANDER TOGONIDZE, et al. *Plaintiffs*, v. BRAD LIVINGSTON, et al. *Defendants*. | § § § § § § § § § § | CIVIL ACTION NO. 6:14cv93 |

ORDER GRANTING JOINT MOTION TO TRANSFER VENUE

Before the Court is the Parties' joint motion to transfer venue (docket entry #196) to the

Southern District of Texas, Houston Division, before the Hon. Keith Ellison, United States District

1

Judge. Judge Ellison has agreed to accept all of the pending lawsuits alleging that high temperatures are injuring TDCJ prisoners. Consistent with 28 U.S.C. § 1404(a), the parties have shown that such transfer (1) is for the convenience of the parties, (2) is in the interest of justice, and (3) promotes judicial economy by trying actions with similar facts of law in one forum before one judge. For these reasons and those stated on the record, the Court finds that the joint motion to transfer venue is meritorious. It is therefore

    **ORDERED** that the joint motion to transfer venue (docket entry #196) is **GRANTED** and the above-styled and numbered lawsuits are **TRANSFERRED** to the Southern District of Texas, Houston Division, to be assigned to United States District Judge Keith Ellison. 28 U.S.C. § 1404(a) and Local Order 95-2.

    **So ORDERED and SIGNED this 17th day of November, 2014.**

                                              */s/ John D. Love*
                                              JOHN D. LOVE
                                              UNITED STATES MAGISTRATE JUDGE