United States District Court
Southern District of Texas
**ENTERED**
January 26, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

GWEN TOGONIDZE, as the next friend §
of J.T., a minor child and heir-at-law to §
the ESTATE OF ALEXANDER §
TOGONIDZE, §
§
     Plaintiff, §
§
                             § **CIVIL ACTION NO. 4:14-cv-3324**
v. §
                             § **consolidated with**
BRAD LIVINGSTON, RICK THALER, § *Webb v. Livingston*, 4:14-cv-3302
WILLIAM STEPHENS, OWEN § *Adams v. Livingston*, 4:14-cv-3326
MURRAY, ROBERT EASON, and §
TODD FOXWORTH, in their individual §
capacities, the TEXAS DEPARTMENT §
OF CRIMINAL JUSTICE, and the §
UNIVERSITY OF TEXAS MEDICAL §
BRANCH §
§
     Defendants. §

**ORDER**

Before this Court is the University of Texas Medical Branch's ("UTMB") motion to partially quash Plaintiff's Rule 30(b)(6) deposition. (Doc. No. 485.) As stated on the record, the motion is DENIED in part and GRANTED in part. Total deposition time shall be limited to eight hours if UTMB provides one deponent, and a total of ten hours if UTMB provides two deponents.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 25th day of January, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1