United States District Court
Southern District of Texas
**ENTERED**
March 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS, and WANDA ADAMS, individually; <br><br> CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES, KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES, and KENNETH EVANS, individually and as heirs-at-law to the Estate of KENNETH WAYNE JAMES, and VIRGINIA AVERY, as a representative of the Estate of MARY LOU JAMES, individually; <br><br> MARCUS "CADE" HUDSON, individually, on behalf of all wrongful death beneficiaries, and on behalf of the Estate of DOUGLAS HUDSON, <br>         Plaintiffs, <br><br> v. <br><br> BRAD LIVINGSTON, individually and in his official capacity, JOE OLIVER, NANCY BETTS, STEVEN FIELDS, JOHN DOE, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARA RAINES, DANNY WASHINGTON, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, LINDA MCKNIGHT, REVOYDA DODD, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, DENNIS MILLER, REGINALD GOINGS, LANNETTE LINTHICUM, JENNIFER BUSKIRK, and OWEN MURRAY in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH,   Defendants. | No. 4:14-cv-03326 <br><br> Consolidated under *Webb v. Livingston,* (lead case) 4:14-cv-3302; |

**ORDER SEVERING CASES**

On this day the Court considered the Defendants Joint and Unopposed Motion to Sever the above-styled cause into three separate lawsuits in order to effectuate settlement. The parties have reached preliminary settlement agreements, which require each of the three incidents giving rise to this lawsuit to have independent cause numbers. After considering the pleadings and the positions of the parties, the Court is of the opinion that severance is proper.

It is therefore ORDERED that the clerk sever this case in to three lawsuits, which shall be styled as follows:

(1)

ASHLEY ADAMS, individually and as the representative of the Estate of RODNEY GERALD ADAMS, and WANDA ADAMS, individually, Plaintiffs,
v.
BRAD LIVINGSTON, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, REGINALD GOINGS, DENNIS MILLER, LANNETTE LINTHICUM, JENNIFER BUSKIRK, and OWEN MURRAY in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH,       Defendants.

***Adams, et al. v. Livingston, et al., may keep the Cause Number: 4:14-cv-03326.

(2)

CARLETTE HUNTER JAMES, individually and as the representative of the Estate of KENNETH WAYNE JAMES, KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES, and KENNETH EVANS, individually and as heirs-at-law to the Estate of KENNETH WAYNE JAMES, and VIRGINIA AVERY, as a representative of the Estate of MARY LOU JAMES, individually; Plaintiffs,
v.
BRAD LIVINGSTON, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, REGINALD GOINGS, DENNIS MILLER, LANNETTE LINTHICUM, JENNIFER BUSKIRK, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARAH RAINES, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, REVOYDA DODD, DANNY WASHINGTON, LINDA MCKNIGHT, and OWEN MURRAY, in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH,       Defendants.

***This case shall be assigned a new cause number.

(3)

MARCUS "CADE" HUDSON, individually, on behalf of all wrongful death beneficiaries, and on behalf of the Estate of DOUGLAS HUDSON, Plaintiffs,

v.

BRAD LIVINGSTON, RICK THALER, WILLIAM STEPHENS, ROBERT EASON, REGINALD GOINGS, DENNIS MILLER, LANNETTE LINTHICUM, JENNIFER BUSKIRK, JOE OLIVER, NANCY BETTS, STEVEN FIELDS, and OWEN MURRAY, in their individual capacities, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and UNIVERSITY OF TEXAS MEDICAL BRANCH, Defendants.

\*\*\*This case shall be assigned a new cause number.

It is further ORDERED that the above-styled cases shall no longer be consolidated under the lead case *Webb v. Livingston*, Cause No. 4:14-cv-3302.

Signed on ___March 27th___, 2018.

_____
Judge Keith Ellison, District Judge